IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| LINDA HUNTER, | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| S/LT. ALISHA PROFACI, | ) |
| LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

FILED SEP 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Scanned- BD 9/27/06

**AUTHORIZATION**

I, Aaron K. Carter, SBI #179415 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $13.83 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated September 21, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _SEP. 26_____, 2006.

_Aaron K. Carter_
Signature of Plaintiff

I/M Aaron K. Carter
SBI# 179415 UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801