# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, DR. | ) |
| TAMMY Y. KASTRE, LINDA HUNTER, | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| S/LT. ALISHA PROFACI, LT. PETER | ) |
| FORBES, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Thomas Carroll, Alisha Profaci, and Peter Forbes.  The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

          **STATE OF DELAWARE**
          **DEPARTMENT OF JUSTICE**

          /s/ Stacey Xarhoulakos
          Deputy Attorney General
          Department of Justice
          820 N. French Street, 6th floor
          Wilmington, DE 19801
          (302) 577-8400
          stacey.xarhoulakos@state.de.us

Dated: May 14, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 14, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Aaron K. Carter
SBI # 179415
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

                                /s/ Stacey Xarhoulakos
                                Deputy Attorney General
                                Department of Justice
                                820 N. French St., 6th Floor
                                Wilmington, DE 19801
                                (302) 577-8400
                                stacey.xarhoulakos@state.de.us