IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |
|---|---|---|

**MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC.,**
<u>**TO DISMISS PLAINTIFF'S COMPLAINT**</u>[1]

COMES NOW Correctional Medical Services, Inc, by and through its undersigned counsel, and respectfully moves this Honorable Court to enter an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, the Defendant offers the Memorandum of Points and Authorities filed simultaneously herewith.

                                                                  MARSHALL, DENNEHEY, WARNER,
                                                                  COLEMAN AND GOGGIN

          BY:    <u>/s/Lorenza A. Wolhar</u>
                     LORENZA A. WOLHAR, (DE ID # 3971)
                     1220 N. Market Street, 5th Floor
                     P.O. Box 130
                     Wilmington, DE 19899-0130
                     (302) 552-4302
                     Attorneys for Defendant,
                     Correctional Medical Services, Inc.

DATED: <u>May 14, 2007</u>

---

[1] The Defendants waive their right to file an Opening Brief and submit this Motion in lieu thereof pursuant to Local Rule 7.1.2. However, the defendants. reserve the right to file a Reply Brief.

N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on May 14, 2007, I electronically filed the Motion To Dismiss of Correctional Medical Services, Inc. with the Clerk of the Court using CM/ECF and I have mailed by United States Postal Service, the Motion To Dismiss of Correctional Medical Services, Inc. to the following non-registered participant:

Aaron K. Carter
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

　　　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　　　COLEMAN AND GOGGIN

　　　　　　　　　BY:　　/s/Lorenza A. Wolhar
　　　　　　　　　　　　　LORENZA A. WOLHAR, (DE ID # 3971)
　　　　　　　　　　　　　1220 N. Market Street, 5th Floor
　　　　　　　　　　　　　P.O. Box 130
　　　　　　　　　　　　　Wilmington, DE  19899-0130
　　　　　　　　　　　　　(302) 552-4302
　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　Correctional Medical Services, Inc.

DATED: May 14, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>      Defendant. | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |

## **ORDER**

And now this, _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, Inc., and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and judgment is entered in favor of the defendant, Correctional Medical Services, Inc., and against plaintiff.


So Ordered

_____
Judge