IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this _21st_ day of June, 2007, defendant Correctional Medical Services, Inc. having filed a motion to dismiss the amended complaint (D.I. 15);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **July 20, 2007**.

2. Defendant may file and serve a reply brief on or before **August 2, 2007**.

_____
United States District Judge