IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )      Civ. No. 06-561-SLR
                                    )
COMMISSIONER STANLEY TAYLOR,        )
WARDEN THOMAS CARROLL, DR.          )
TAMMY Y. KASTRE, CORRECTIONAL       )
MEDICAL SERVICES, S/LT ALISHA       )
PROFACI, and LT. PETER FORBES,      )
                                    )
          Defendants.               )



MOTION FOR ENLARGEMENT OF TIME

     Pursuant to Federal Rules of Civil Procedure, plaintiff move
for enlargment of time respond to Correctional Medical Services
motion to dismiss.  The plaintiff state extention needed for the
following reasons:

     1.  Plaintiff having constant side effects to "AIDS Medications",
cannot spend great deal of time sitting.  In constant pain and ex-
periencing other discomfort.

     2.  Have to depend on inmate to assist in preparing legal
documents.

     3.  Would like court to revisit motion for appointment of
counsel.

     4.  This extention will not prejudice the defendants.

     WHEREFORE, plaintiff requesting be granted sixty (60) days to
prepare brief.

                              _Aaron K. Carter_
                              AARON K. CARTER, 179415
                              1181 Paddock Road - DCC
                              Smyrna, DE  19977

DATED: July 10, 2007

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY copy of aforemention furnished Lorenza A.
Wolhan, Esq., 1220 N. Market St., 5thFloor, Wilm,De 19801, and
Stacey Xarhoulakos, Deputy Attorney General, Dept. of Justice,
820 N. French Street, Wilm, DE  19801,

By U.S. Mail with sufficient postage affixed thereto.

_____
AARON K. CARTER, 179415

IM Aaron K. Carter

SBI# 179415    UNIT    D

DELAWARE CORRECTIONAL CENTER

181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

11 JUL 2007 PM 1 T

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE

19801