**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4318**
**Email: lawolhar@mdwcg.com**

August 1, 2007

**Via: E-file & Serve**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

    Re:    Carter v. Taylor, et al.
            Our File No: 13252-00176
            C.A. No: 06-561 SLR

Dear Judge Robinson:

    This is to advise that Defendant, Correctional Medical Services, Inc., has no objection to the portion of plaintiff's Motion requesting additional time to file an Answering Brief. D.I. 19.

    I am available for any questions the Court may have.

                                                           Respectfully submitted,

                                                           /s/ *Lorenza Wolhar*

                                                           LORENZA A. WOLHAR

/law

cc:    Aaron K. Carter (via regular mail)
        Stacey Xarhoulakos, Esquire (via e-file and serve)