IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

At Wilmington this 6th day of August, 2007, there having been no activity in the above-captioned case with respect to defendant Dr. Tammy Y. Kastre since service was effectuated[1] and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 6, 2007,** plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND

---

[1] Waiver of service with United States Marshal 285 Form returned executed on June 21, 2007 (D.I. 17).

TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT.

_____
United States District Judge