IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this ꞁꞁꞀth day of August, 2007,

IT IS ORDERED that, on or before **September 6, 2007**, plaintiff shall show

cause why defendant Stanley W. Taylor should not be dismissed for failure to timely serve

process on said defendant[1] pursuant to Federal Rule of Civil Procedure 4(m), or otherwise

prosecute the matter. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL

RESULT IN DISMISSAL OF SAID DEFENDANT FROM THIS ACTION.

_____
United States District Judge

---

[1]United States Marshal 285 Form was returned unexecuted as to defendant
Stanely W. Taylor on March 27, 2007 (D.I. 8).