IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this ⁶ᵗʰ day of August, 2007, having reviewed plaintiff's motion for enlargement of time to respond to Correctional Medical Services, Inc.'s motion to dismiss, and said defendant having no objection to such extension (D.I. 19, 20);

IT IS ORDERED that plaintiff's motion is granted and briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **October 8, 2007**.

2. Defendant may file and serve a reply brief on or before **October 22, 2007**.

                                                                                                                           */s/ Sue L. Robinson*
                                                                                                                       United States District Judge