IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 6th day of August, 2007, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **December 6, 2007.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **January 7, 2008.** Answering briefs and affidavits, if any, shall be filed on or

before **February 7, 2008.** Reply briefs shall be filed on or before **February 22, 2008.**

                                                          /s/ Sue L. Robinson
                                                          United States District Judge