

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

049J82023030
$00.41⁰
08/07/2007
Mailed From 19801
US POSTAGE
Neopost

06-561
Scanned
BD

U.S.M.S.
X-RAY

FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dr. Tammy Y. Kastre
First Correctional Medical, Inc.
6861 North Oracle Road
Tucson, AZ 85704-4222

FORWARD TIME EXP RTN TO SEND
FIRST CORRECTIONAL MEDICAL INC
205 W GIACONDA WAY STE 115
TUCSON AZ 85704-4350

RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 6th day of August, 2007, there having been no activity in the above-captioned case with respect to defendant Dr. Tammy Y. Kastre since service was effectuated[1] and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 6, 2007**, plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND

---

[1] Waiver of service with United States Marshal 285 Form returned executed on June 21, 2007 (D.I. 17).