Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
August 13, 2007


The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re: **Carter v. Taylor, et al.**
        <u>**Civ. No. 06-561-SLR**</u>

Dear Judge Robinson:

    This in response to court's order, dated August 6, 2007, concerning to timely serve defendant Taylor. Until received your order, unaware defendant Taylor not served.

    I have secured new address for defendant Taylor. In light of aforemention, submitted U.S. Marshal 285 form to Clerk of the Court.

Sincerely,

*Aaron K. Carter*

Aaron K. Carter, 179415

AKC:rs
Encl.
cc:  Clerk of the Court
     Stacey Xachoulakos, Esq.
     Lorenza A. Wolhar, Esq.



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned