IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                )
                                )
        Plaintiff,              )
                                )
v.                              )   Civ. No. 06-561-SLR
                                )
COMMISSIONER STANLEY TAYLOR, et al., )
                                )
        Defendants.             )

### REQUEST TO ENTER DEFAULT

TO: Clerk of the Court

You will please enter the default of defendant Dr. Tammy Y. Kastre for failure to plead or other wise defendant as provided by the Federal Rule of Civil Procedure, as appears from the attached affidavit of Aaron K. Carter.

AARON K. CARTER, 179415
1181 Paddock Road - DCC
Smyrna, DE 19977

DATED: August 13, 2007



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　) Civ. No. 06-561-SLR
　　　　　　　　　　　　　　　　　　　　)
COMMISSIONER STANLEY TAYLOR, et al.　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　　 )

State of Delaware　)
　　　　　　　　　 ) -ss-
New Castle County  )

　　　　Plaintiff Aaron K. Carter, being duly sworn, deposes and says:

　　　　1.　That he is the pro se counsel in the above-entitled matter.

　　　　2.　That defendant Dr. Tammy Y. Kastre was served with a copy of the summons and complaint as appears from the proof of service on file.

　　　　3.　That defendant Dr. Tammy Y. Kasre has not filed or served an answer or taken other action as may be permitted by law although more than six months have elapsed since the day of service.

　　　　　　　　　　　　　　　　　　　　　　_Aaron K. Carter_
　　　　　　　　　　　　　　　　　　　　　　AARON K. CARTER, 179415
　　　　　　　　　　　　　　　　　　　　　　1181 Paddock Road - DCC
　　　　　　　　　　　　　　　　　　　　　　Smyrna, DE   19977

　　　　I declare under the penalty of perjury that the foregoing, is true and correct.  Signed this 14th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　_Timothy J. Mato_
　　　　　　　　　　　　　　　　　　　　　　(NOTARY PUBLIC)

　　　　　　　　　　　　　　　　　　　　　　Commission expires: June 14, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of the aforemention was furnished Stacey Xarhoulakes, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801, and Lorenza A. Wolhar, Esquire, P.O. Box 8888, Wilm, DE 19899-8888. By U.S. Mail this 16th day of August 2007 with sufficient postage affixed thereto.

*[signature]*
AARON K. CARTER, 179415



Mr. Aaron K. Carter, 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801