IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-561-SLR |
| COMMISSIONER STANLEY TAYLOR, WARDEN THOMAS CARROLL, DR. TAMMY Y. KASTRE, CORRECTIONAL MEDICAL SERVICES, S/LT. ALISHA PROFACI, and LT. PETER FORBES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Dr. Tammy Y. Kastre pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 17, 21, 27)

Dated: September 18, 2007

_____
(By) Deputy Clerk