D.I. # _____

# CIVIL ACTION NUMBER: 06 cv 561

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark Here

Civ. No. 06-561-SLR

Sent To: Dr. Tammy Y Kastre
Street, Apt. No.; or PO Box No.: 205 W. Giaconda Way, Suite 115
City, State, ZIP+4: Tucson, AZ 85704-4350

PS Form 3800, June 2002    See Reverse for Instructions

7002 2030 0003 0326 5481