IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                  )
                                  )
      Plaintiff,                  ).
                                  )
v.                                )   Civ. No. 06-561-SLR
                                  )
COMMISSIONER STANLEY TAYLOR et al )
                                  )
      Defendants.

## MOTION FOR DEFAULT JUDGMENT

    Plaintiff move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court September 4, 2006; the summons and complaint were duly served on defendant Dr. Tammy Y. Kastre, on June 21, 2007; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 18th day of September 2007; no proceeding have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an infant or incompetent as appears in the declaration of Arron K. Carter submitted herewith.

    **wherefore,** plaintiff moves that this court make and enter a judgment and determined assessment against the Defendant.

DATED: September 27, 2007

/s/ Aaron K. Carter
AARON K. CARTER, 179415
1181 Paddock Road - DCC
Smyrna, DE 19977

RECEIVED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )  Civ. No. 06-561-SLR
                                        )
COMMISSIONER STANLEY TAYLOR et al.      )
                                        )
        Defendants.                     )

## DECLARATION FOR ENTRY OF DEFAULT

Aaron K. Carter, hereby declares:

I am the plaintiff herein. The complaint herein was filed on September 4, 2006.

The court files and record herein show that the Defendant Dr. Tammy Y. Kastre was served by the United States Marshal with a copy of summons, and copy of Plaintiff's complaint onthe 21 day of June 2007.

More than 20 days have elapsed since the date on which the Defendant herein was served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendant has failed to answer otherwise defend as to Plaintiff's complaint or serve a copy of any answer to any defense which it might have had, upon affiant.

Defendant is not in the military service and is not an infant or incompetent.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Smyrna, DE 19977 on September 27, 2007.

*[signature: Aaron K. Carter]*
AARON K. CARTER, 179414
1181 Paddock Road - DCC
Smyrna, DE 19977

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of attached was provided Stacey Xarholakis, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801, and Lorenza A. Wolhour, Esquire, 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

By U. S. Mail this 27th day of September 2007 with sufficient postage affixed thereto.

*Aaron K. Carter*
AARON K. CARTER, 179415

Mr. Aaron K. Carter, 179415
1181 Paddock Rd. - DCC
Smyrna, DE 19977

WILMINGTON DE 197
28 SEP 2007 PM 3 L

Clerk of the Court
U. S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801