IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>            Defendant. | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Kevin J. Connors, Esquire, as counsel for Defendant, Correctional Medical Services, in the above-referenced matter.

| | |
|---|---|
| MARSHALL, DENNEHEY, WARNER,<br>COLEMAN & GOGGIN<br><br>BY: */s/ Lorenza A. Wolhar*<br>LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)<br>1220 North Market Street<br>P.O. Box 888<br>Wilmington, DE 19899-8888<br>(302) 552-4318 | MARSHALL, DENNEHEY, WARNER,<br>COLEMAN & GOGGIN<br><br>BY: */s/ Kevin J. Connors*<br>KEVIN J. CONNORS, ESQUIRE (DE I.D. #2135)<br>1220 North Market Street<br>P.O. Box 888<br>Wilmington, DE 19899-8888<br>(302) 552-4302 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>             Plaintiff,<br><br>       v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>             Defendant. | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |

## CERTIFICATE OF SERVICE

   I hereby certify that on October 3, 2007, I electronically filed the Notice of Substitution of Counsel with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Stacey Xarhoulakos
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
302-577-8400

   I hereby certify that on October 3, 2007, I have mailed by United States Postal Service, the Notice of Substitution of Counsel to the following non-registered participant:

Aaron K. Carter
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

BY: */s/ Lorenza A. Wolhar*
    LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
    1220 North Market Street, 5th Fl.
    P.O. Box 8888
    Wilmington, DE 19899-8888
    (302) 552-4300