IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AARON K. CARTER          :
    Plaintiff,        :
                  :
v.                        :   C.A. No. 06-561-SLR
                  :
COMMISSIONER STANLEY TAYLOR, et al. :
    Defendants.       :

REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff request that defendant Lt. Peter Forbes make the following admissions within 30 days after service of this request.

1. Assigned Multi Housing Unit (MHU). - Plaintiff

2. Assigned Security Housing Unit (SHU). - Plaintiff

3. Assigned Bldg. 21. - Plaintiff

4. Within each of the housing units, listed in admissions 1,2,3, there is written chronic care disease management programs. For inmates suffering with HIV/AIDS/Hep C.

5. Prescreeing exist prior assigning inmates specific cells in MHU or Bldg. 21 housing units.

6. Inmates assigned cells in Bldg. 21 and MHU screed for compatibility.

7. Within each housing unit (SHU/Bldg. 21 and MHU) exist handicap cell.

8. Plaintiff screened medically, prior his housing in SHU, Bldg. 21 and MHU.

9. Cold food often served in SHU and Bldg. 21.

10. Inmates housed in Bldg. 21, permitted 3 hours recreation

per week.

11. Aware of plaintiff's various medical conditions.

12. Plaintiff constantly monitore while housed in SHU, Bldg. 21 and MHU for medical reasons.

13. Medication delivered housing units (SHU, Bldg. 21 and MHU) three time per day.

14. Trained in observatin of inmates suffering with HIV/AIDS and Hep C.

15. Aware plaintiff's medications required be taken at specific times of the day.

16. Prior housing inmates in SHU, Bldg. 21 and MHU medical needs discussed with counselors and unit managers.

17. Plaintiff suffered serious medical problems, while housed in SHU, Bldg. 21 and MHU.

18. Received special medical training, prior being assigned SHU, Bldg. 21, MHU.

19. Within SHU, Bldg. 21 and MHU written policies and procedures governing intake, disease management, acute care, infection control, and medically ill inmates.

20. Specialty medical care provided inmates housed in SHU, Bldg. 21 and MHU.

21. Inmates housed in Bldg. 21 and MHU, housed 2 per cell.

22. Grievance system in SHU often inoperative.

23. Grievance system in Bldg. 21 often inoperative.

24. Grievance system in MHU often inoperative.

25. Each time inmate removed from cell in following; SHU, and Bldg. 21 secured by waist chain and leg shackles.

26. You were aware of plaintiff's medical condition.

27. Discussed plaintiff's medical condition with defendant Profaci.

28. Inmates have committed murder on each other within SHU.

29. Inmates have committed murder on each other in MHU.

30. Building 21 often short staffed.

31. MHU often short staffed.

32. Correctional staff assigned SHU, Bldg. 21 and MHU received medical training.

DATED: October 24, 2007

*[signature]*
AARON K. CARTER, 179415
1181 Paddock Rd. - DCC
Smyrna, DE 19977

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, copy of aforemention furnished Stacey Xarloulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

By U.S. Mail this 24th day of October 2007 with sufficient postage affixed thereto.

*[signature]*
AARON K. CARTER, 17941%