**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AARON K. CARTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER STANLEY TAYLOR, )<br>WARDEN THOMAS CARROLL, DR. )<br>TAMMY Y. KASTRE, LINDA HUNTER, )<br>CORRECTIONAL MEDICAL SYSTEMS )<br>S/LT. ALISHA PROFACI, LT. PETER )<br>FORBES, )<br>Defendants. ) | C.A. No. 06-561-SLR<br><br>JURY TRIAL DEMANDED |

## STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

COME NOW Defendants Warden Thomas Carroll, Staff Lieutenant Alisha Profaci and Lieutenant Peter Forbes ("State Defendants") by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting counsel the right to depose Plaintiff Aaron Carter ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the State Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The fact discovery deadline in this matter is December 06, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this motion that grants State Defendants' counsel the right to depose Plaintiff.

WHEREFORE, State Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Aaron K. Carter.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for State Defendants*

Dated: October 30, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AARON K. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-561-SLR |
| ) | |
| COMMISSIONER STANLEY TAYLOR, ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, DR. ) | |
| TAMMY Y. KASTRE, LINDA HUNTER, ) | |
| CORRECTIONAL MEDICAL SYSTEMS ) | |
| S/LT. ALISHA PROFACI, LT. PETER ) | |
| FORBES, ) | |
| Defendants. ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Aaron K. Carter is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning State Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

> **STATE OF DELAWARE**
> **DEPARTMENT OF JUSTICE**
>
> /s/ Stacey Xarhoulakos\_\_\_\_\_
> Stacey Xarhoulakos, 4667
> Deputy Attorney General
> 820 North French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> stacey.xarhoulakos@state.de.us
> *Attorney for State Defendants*

Dated: October 30, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, DR. | ) |
| TAMMY Y. KASTRE, LINDA HUNTER, | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| S/LT. ALISHA PROFACI, LT. PETER | ) |
| FORBES, | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2007,

**WHEREAS,** State Defendants having requested leave to depose Plaintiff Aaron K. Carter pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Aaron Carter.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, I electronically filed *State Defendants' Motion for Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on October 30, 2007, I have mailed by United States Postal Service, the document to the following non-registered participants:

Aaron K. Carter
SBI # 179415
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us