IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON K. CARTER, 179415 | : | |
| DELAWARE CORRECTIONAL CENTER | : | |
| 1181 PADDOCK ROAD | : | |
| SMYRNA, DE 19977, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-561 SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| COMMISSIONER STANLEY TAYLOR, | : | |
| WARDEN THOMAS CARROLL, DR. | : | |
| TAMMY Y. KASTRE, FCM, | : | |
| LINDA HUNTER – FCM – CMS | : | |
| CORRECTIONAL MEDICAL SYSTEMS, | : | |
| S/LT. ALISHA PROFACI | : | |
| LT. PETER FORBES, | : | |
| | : | |
| Defendant. | : | |

**CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW, Defendant, Correctional Medical Services, Inc. ("CMS"), by and through its undersigned counsel, and respectfully moves this Honorable Court to enter the attached Order, granting CMS leave to depose Plaintiff Aaron Carter ("Carter" or "Plaintiff") and, in support thereof, avers as follows:

1. Plaintiff, Carter is an inmate presently incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for CMS wishes to depose Carter as part of discovery in this case.

3. Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

4. A form of Order is attached to this Motion that grants CMS' counsel the right to depose Carter.

WHEREFORE, CMS respectfully requests that this Honorable Court enter the attached Order granting the Motion for Leave to Depose Plaintiff Aaron K. Carter.

    MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE (DE I.D. #2135)
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4302
Attorney for Defendant,
Correctional Medical Services, Inc.

DATED: November 21, 2007
15/555514.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-561 SLR<br>:<br>:   TRIAL BY JURY DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

And now this, _____ day of _____, 2007, upon consideration of Correctional Medical Services, Inc.'s Motion for Leave to Depose Plaintiff, it is hereby Ordered that the Motion is Granted and Correctional Medical Services, Inc. is granted leave to depose the Plaintiff in this matter.

                                                                        So Ordered

                                                                         _____
                                                                         The Honorable Sue L. Robinson

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Stacey Xarhoulakos
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
302-577-8400

I hereby certify that on November 21, 2007, I have mailed by United States Postal Service, CORRECTIONAL MEDICAL SERVICES, INC.'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF to the following non-registered participant:

Aaron K. Carter
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                            MARSHALL, DENNEHEY, WARNER,
                                            COLEMAN AND GOGGIN

BY:   /s/Kevin J. Connors_____
        KEVIN J. CONORS, (DE ID # 2135)
        1220 N. Market Street, 5th Floor
        P.O. Box 130
        Wilmington, DE  19899-0130
        (302) 552-4302
        Attorneys for Defendant,
        Correctional Medical Services, Inc.

DATED: November 21, 2007