**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AARON K. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-561-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | Jury Trial Demanded |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
DISCOVERY AND TO THE SCHEDULING ORDER DEALINES**

1.       Plaintiff Aaron K. Carter ("Carter") is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.       On or about September 11, 2006, Carter filed a complaint with leave to proceed *in forma pauperis* pursuant to 42 *U.S.C*. § 1983 naming as Defendants: Stan Taylor, Tom Carroll, Lt. Peter Forbes and Alisa Profaci, as well as Correctional Medical Services ("CMS") and several medical personnel. (D.I. 2). On or about March 27, 2007, service of process was returned unexecuted as to Stan Taylor.  (D.I. 8).  State Defendants, Carroll, Forbes and Profaci answered the Complaint on May 14, 2007.  (D.I. 13).

3.       On or about October 26, 2007, Carter served Interrogatory Requests on Defendant Profaci (D.I. 36) and Request for Admissions on Defendant Forbes (D. I. 37).

4.       Due to vacations and scheduling conflicts, counsel has not been able to communicate with the respective State Defendants about the discovery requests and thus the responses have not been completed.  Responses are due on or before November 26, 2007.  Counsel requests an enlargement of time of thirty (30) days from the November

26, 2007, date until on or before December 26, 2007, in which to respond to Carter's discovery requests.

5.      Such an extension would extend beyond the Court's fact discovery deadline of December 6, 2007.  Thus, State Defendant's also request a thirty (30) day extension of the fact discovery deadline to January 7, 2007, and the dispositive motion deadline to February 7, 2008.

6.      Additionally, on October 2, 2007, State Defendants filed discovery requests on Plaintiff (D.I. 32, 33).  Per Local Rules, Plaintiff's responses were due on or before November 2, 2007.  Plaintiff has not responded.

7.      This is State Defendants first request for an enlargement of time to respond to Carter's discovery requests or to enlarge the scheduling order deadlines.

8.      There is no trial date scheduled in this case.

9.      A form of order is attached to this motion that will grant the State Defendants a thirty day extension for filing discovery responses and thirty day extension to the fact discovery and dispositive motion deadlines.

WHEREFORE, the State Defendants respectfully request this Honorable Court grant their Motion and enter an Order, substantially in the form attached hereto.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, ID # 4667
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Dated: November 26, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AARON K. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-561-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This _____ day of _____, 200__, IT IS HEREBY ORDERED, that State Defendants' Motion for Enlargement of Time is GRANTED.  The deadline for responding to Plaintiff's Discovery Requests is enlarged by thirty (30) days until on or before December 26, 2007.  The scheduling order deadlines are also enlarged by thirty (30) days. Fact discovery is to be completed by January 7, 2008 and Dispositive motions are to be filed by February 7, 2008.

_____
Judge Sue L. Robinson

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AARON K. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-561-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATION OF COUNSEL**

Counsel for State Defendants, Stacey Xarhoulakos, files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1.    Counsel for CMS, Kevin Connors, Esq., is not opposed to the motion.

2.    The Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

3.    Since the Plaintiff is not able to be reached by telephone, counsel for State Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

4.    She assumes that Plaintiff opposes the motion.

                                        **STATE OF DELAWARE
                                        DEPARTMENT OF JUSTICE**


                                        /s/ Stacey Xarhoulakos_____
                                        Stacey Xarhoulakos, ID#4667
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8400

Dated: November 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, I electronically filed *State Defendants' Motion for Enlargement of Time to Respond to Discovery and to the Scheduling Order Deadlines* with the Clerk of the Court using CM/ECF. I hereby certify that on November 26, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

Aaron K. Carter
SBI # 179415
Delaware Correctional Center
1181 Paddock Road.
Smyrna, DE. 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, ID#4667
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us