Delaware Correctional Center
1181 Paddock Road - D Building
Smyrna, DE  19977
November 26, 2007


The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:  Carter v. Taylor, et al.
         C. A. No. 06-561-SLR

Dear Judge Robinson:

This letter result of state defendant's failure comply with Court's order.

The Court ordered 20% of commissary balance paid monthly toward filing fee.  The state defendants have elected on occassions, take 100% from commissary account balance.

Lacking employment only income from family, when total fund taken, often required go without hygiene or food products.  With many medical problems, often need food too supplement diet.

Requesting Court instruct state defendants, comply with this Court's order.

Sincerely, *Aaron K. Carter* #179415

Aaron K. Carter, 179415

AKC:rs
cc:  Clerk of the Court
     Kevin J. Connors, Esq.
     Stacey Xarloulakes, Esq.



FILED
NOV 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ko scanned

```
I/M  Aaron K. Carter
SBI# 179415    UNIT D-Bldg.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

WILMINGTON DE 197
29 NOV 2007 PM

```
Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE        19801
```