IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                )
                                )
        Plaintiff,              )
                                )   06-561
    v.                          )   C.A. No. 07-269-SLR
                                )
COMMISSIONER STAN TAYLOR, et al.)
                                )
        Defendants.             )

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

COMES NOW Plaintiff, Aaron K. Carter, respectfully move this Honorable Court to enter an Order granting an enlargment of forty five days within which to file response to defendant's Request for Production of Documents and Interrogatories.

In support of this motion, Plaintiff offers the following:

1. On September 4, 2006, Plaintiff filed this Complaint.

2. On October 2, 2007, Defendants filed Request for Production if Documents and Interrogatories.

3. I have series of medical problems, which prevent from addressing defendants motions, also lack knowledge to handle same.

4. Inmate (Robert Saunders) who has been assisting with legal endeavors, has be suffering with high blood pressure related problems.

5. The granting of requested enlargment will not prejudice defendants.

6. There is no trail date scheduled in this case.

WHEREFORE, for the reasons stated herein, Plaintiff Carter respectfully request that the Court grant Motion for Enlargement of Time and enter an order in the form attached.

*Aaron K. Carter*
AARON K. CARTER, 179415
1181 Paddock Road -- DCC
Smyrna, DE 19977

Dated: December 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 07-269-SLR |
| COMMISSIONER STAN TAYLOR, et al | ) ) ) |
| Defendants. | ) |

### ORDER

This_____day of_____, 2007,

**WHEREAS**, Plaintiff Aaron K. Carter, having requested an enlargement of time of forty five days in which to file an answer; and

**WHEREAS**, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Plaintiff's Motion for Enlargement Time be granted.

Sue L. Robinson, Judge<br>United States District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that copy of aforemention was provided Stacey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE 19801.

By U.S. Mail this 10th day of December 2007, with sufficient postage affixed thereto.

*Aaron K. Carter*
AARON K. CARTER, 179415

**NOTE:** Copy also provided Kevin J. Connors, Esquire, P.O. Box 888, Wilmington, DE 19899-8888

I/M Aaron K. Carter
SBI# 197415    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 DEC 2007 PM 3 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801