IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL<br>CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL<br>SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:　C.A. No. 06-561 SLR<br>:<br>:　TRIAL BY JURY DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DEPOSITION

TO:

| | | |
|---|---|---|
| Stacey Xarhoulakos, Esq.<br>Department of Justice<br>820 N. French Street, 8th Floor<br>Carvel Office Building<br>Wilmington, DE 19801 | Daniel L. McKenty, Esq.<br>Heckler & Frabizzio, P.A.<br>800 Delaware Avenue,<br>Suite 200<br>PO Box 128<br>Wilmington, DE 19899 | Aaron K. Carter<br>SBI# 179415<br>DE Correctional Ctr.<br>1181 Paddock Road<br>Smyrna, DE 19977 |

　　PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of Plaintiff, **AARON K. CARTER, on Friday, January 11, 2008, beginning at 10:00 a.m., at the Delaware Correctional Center , 1181 Paddock Road, Smyrna, DE 19977**

　　　　　　　　　　　　**MARSHALL, DENNEHEY, WARNER,**
　　　　　　　　　　　　COLEMAN & GOGGIN

　　　　　　　　　　　　BY: */s/ Kevin J. Connors*
　　　　　　　　　　　　KEVIN J. CONNORS, ESQUIRE
　　　　　　　　　　　　P.O. Box 8888
　　　　　　　　　　　　Wilmington, DE 19899-8888
　　　　　　　　　　　　Attorney for Defendant, Correctional Medical Services, Inc.

Date: January 7, 2008
15/570031.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON K. CARTER, 179415 | : | |
| DELAWARE CORRECTIONAL CENTER | : | |
| 1181 PADDOCK ROAD | : | |
| SMYRNA, DE 19977, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-561 SLR |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| COMMISSIONER STANLEY TAYLOR, | : | |
| WARDEN THOMAS CARROLL, DR. | : | |
| TAMMY Y. KASTRE, FCM, | : | |
| LINDA HUNTER – FCM – CMS | : | |
| CORRECTIONAL MEDICAL SYSTEMS, | : | |
| S/LT. ALISHA PROFACI | : | |
| LT. PETER FORBES, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed CORRECTIONAL MEDICAL SERVICES, INC.'S NOTICE OF DEPOSITION with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Stacey Xarhoulakos
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

Daniel L. McKenty, Esq.
Heckler & Frabizzio, P.A.
800 Delaware Avenue, Suite 200
PO Box 128
Wilmington, DE 19899

I hereby certify that on January 7, 2008, I have mailed by United States Postal Service, CORRECTIONAL MEDICAL SERVICES, INC.'S NOTICE OF DEPOSITION to the following non-registered participant:

Aaron K. Carter
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQUIRE (DE I.D. #2135)
        1220 North Market Street
        P.O. Box 888
        Wilmington, DE 19899-8888
        (302) 552-4302
        Attorney for Defendant,
        Correctional Medical Services, Inc.

DATED:  January 7, 2008
15/570032.v1