Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
January 15, 2008


Mr. Daniel L. McKenty
Attorney at Law
800 Delaware Ave., Ste. 200
Wilmington, DE  19899

> **Re:  Dr. Tammy Kastre's Answer To The Complaint**
> **Carter vs. Taylor, et al.**
> **Civ. No. 1:06-cv-00561-SLR**

Dear Mr. McKenty:

In reference to above-entitled motion filed December 19, 2007.

There has been default judgment entered by Clerk of the Court's Office. dated September 18,2007.  Pending before Hon. Sue L. Robinson, motion to compute amout of default to be entered.

Therefore, your motion to answer, is untimely filed.

Sincerely,


Aaron K. Carter, 179415

AKC:rs
Encl.
xc:  Hon. Sue L. Robinson
     Clerk of the Court



FILED

JAN 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| WARDEN THOMAS CARROLL, | ) |
| DR. TAMMY Y. KASTRE, | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, S/LT. ALISHA PROFACI, | ) |
| and LT. PETER FORBES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 6th day of August, 2007, there having been no activity

in the above-captioned case with respect to defendant Dr. Tammy Y. Kastre since

service was effectuated[1] and the time to file an answer or otherwise respond to the

complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 6, 2007,** plaintiff shall file a

request with the court for default in appearance for said defendant in accordance with

Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from

the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND

---

[1] Waiver of service with United States Marshal 285 Form returned executed on
June 21, 2007 (D.I. 17).

TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT.

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,

        Plaintiff,

v.

        ) Civ. No. 06-561-SLR

COMMISSIONER STANLEY TAYLOR,
WARDEN THOMAS CARROLL,
DR. TAMMY Y. KASTRE,
CORRECTIONAL MEDICAL
SERVICES, S/LT. ALISHA PROFACI,
and LT. PETER FORBES,

        Defendants.

## DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant

Dr. Tammy Y. Kastre pursuant to Federal Rule of Civil Procedure 55(a) as defendant

has failed to answer or otherwise respond to the complaint. (See D.I. 17, 21, 27)

Dated: September 18, 2007

(By) Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,

      Plaintiff,

v.

      Civ. No. 06-561-SLR

COMMISSIONER STANLEY TAYLOR et al)

      Defendants.

## MOTION FOR DEFAULT JUDGMENT

Plaintiff move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court September 4, 2006; the summons and complaint were duly served on defendant Dr. Tammy Y. Kastre, on June 21, 2007; no answer or other defense has been filed by the Defendant; default was entered in the civil docket in the office of this clerk on the 18th day of September 2007; no proceeding have been taken by the Defendant since the default was entered; Defendant was not in military service and is not an infant or incompetent as appears in the declaration of Arron K. Carter submitted herewith.

**wherefore,** plaintiff moves that this court make and enter a judgment and determined assessment against the Defendant.

DATED: September 27, 2007

AARON K. CARTER, 179415
1181 Paddock Road - DCC
Smyrna, DE  19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON K. CARTER,                        )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )   Civ. No. 06-561-SLR
                                        )
COMMISSIONER STANLEY TAYLOR et al.)
                                        )
            Defendants.                 )

## DECLARATION FOR ENTRY OF DEFAULT

Aaron K. Carter, hereby declares:

I am the plaintiff herein. The complaint herein was filed on September 4, 2006.

The court files and record herein show that the Defendant Dr. Tammy Y. Kastre was served by the United States Marshal with a copy of summons, and copy of Plaintiff's complaint on the 21 day of June 2007.

More than 20 days have elapsed since the date on which the Defendant herein was served with summons and a copy of Plaintiff's complaint, excluding the date thereof.

The Defendant has failed to answer otherwise defend as to Plaintiff's complaint or serve a copy of any answer to any defense which it might have had, upon affiant.

Defendant is not in the military service and is not an infant or incompetent.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Smyrna, DE 19977 on September 27, 2007.

AARON K. CARTER, 179414
1181 Paddock Road - DCC
Smyrna, DE 19977

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of attached was provided Stacey
Xarholakis, Deputy Attorney General, Department of Justice,
Carvel State Office Building, 820 N. French St., Wilm, DE  19801,
and  Lorenza A. Wolhour, Esquire, 1220 N. Market Street, 5th Floor,
Wilmington, DE  19801.

By U. S. Mail this 27th day of September 2007 with sufficient
postage affixed thereto.

AARON K. CARTER, 179415

WILMINGTON DE 197

17 JAN 2008 PM 3 L

U.S.
X-RAY
W.S.

Mr. Aaron K. Carter, 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King street
Wilmington, DE 19801

19801+3570