| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Aaron K. Carter | Civ. No. 06-561-SLR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Commissioner Stanley Taylor et al. | C/S |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Commissioner Stanley Taylor

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 34 Indian River Drive - Dagsboro, DE 19939-3254

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Aaron K. Carter
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                    Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE
*Aaron K. Carter*                                                                                                          08/03/07

FILED 2008 JAN 25 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 15 | District to Serve<br>No. 15 | Signature of Authorized USMS Deputy or Clerk<br>BF | Date<br>1-24-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 1/24/08   Time: am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Per USPS — not an address recognized by USPS — Non Deliverable
Ret. Unexecuted

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



USPS Hom

ZIP Code L

## Find a ZIP + 4® Code By Address Results

Lookup Another ZIP Code™

⚠ The address you provided is not recognized by the US Postal Service as an address we serve. Mail sent to this address may be returned.

This address may be Non-Deliverable 

34 INDIAN RIVER DR
DAGSBORO DE  19939 -

Mailing Industry Information

**Related Links**

**Calculate Postage**
Calculate postage for your letter or package online!
Rate Calculator

**Print Shipping Labels**
Print shipping labels from your desktop and pay online.
Click-N-Ship®
Other Postage

**Business or Residence Lookup**

Yellow Pages
Find a business nationwide.
White Pages
Find a residence nationwide.

powered by Switchboard

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN 25  AM 9:18