**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AARON K. CARTER,                          )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   C.A. No. 06-561-SLR
                                          )
COMMISSIONER STANLEY TAYLOR,              )   JURY TRIAL DEMANDED
WARDEN THOMAS CARROLL, DR. TAMMY          )
Y. KASTRE, LINDA HUNTER, CORRECT-         )
IONAL MEDICAL SYSTEMS, S/LT ALISHA)
PROFACI, LT. PETER FORBES                 )
                                          )
        Defendants.                       )

### PLAINTIFF'S REPLY TO STATE DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff, hereby serve on State Defendants, the following Request for Production of Documents and Things.

### REQUEST FOR PRODUCTION

**REQUEST NO. 1:**

1.  See exhibits Nos. 1, 2, and 3

**REQUEST NO. 2:**

2.  See Exhibits 1, 2, and 3.

**REQUEST NO. 3:**

3.  None

**REQUEST NO. 4:**

4.  Not in plaintiff's possession.

**REQUEST NO. 5:**

5.  Not in plaintiff's possession.

**REQUEST NO.6:**

6.  See Exhibit No. 4



FILED
JAN 2 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**REQUEST NO. 7:**

7.    None in possession of plaintiff.

AARON K. CARTER,179415
1181 Paddock Rd. - DCC
Smyrna, DE  19977

Dated:    October 19, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention provided Stacey
Xarhoulakos, Deputy Attorney General, Department of Justice,
Carvel State Office Building, 820 N. French St., Wilm, DE 19801.

By U. S. Mail this 19th day of January 2008, with sufficient
postage affixed thereto.

AARON K. CARTER,179415



UNITED STATES POSTAGE
$ 02.33⁰
JAN 25 2008
0004008975
MAILED FROM ZIP CODE 19977

U.S.MAIL
FIRST-CLASS

FROM:

Aaron K. Carter
SBI# 197215 UNIT D/4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court,
J. Caleb Boggs Federal Building.

844 N. King Street.

Wilmington, Delaware.

19801

Exhibit 1

**DCC - Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 07/22/2005

CA 06-561 SLR

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 15463 | **Grievance Date** : 07/11/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/30/2005 | **Incident Time :** 11:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne                     **Date of Report** 07/22/2005

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:**_____

**Date**              :_____

**Witness (Officer)**  :_____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 07/25/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 15463 | **Grievance Date** : 07/11/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/30/2005 | **Incident Time :** 11:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims he was passing a lot of blood through his urine and was very painful. He informed Sgt and Sgt informed medical. She stated she would see him, that didn't happen. He submitted sick call, haven't been seen, passed kidney stone. (painful)

**Remedy Requested** : Nothing changed, what can I request.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/22/2005 |
| **Investigation Sent :** 07/22/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount :** | |

DCC Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI# :** 00179415 | **Institution :** DCC |
| **Grievance #** : 15463 | **Grievance Date :** 07/11/2005 | **Category :** Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 06/30/2005 | **Incident Time :** 11:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne                **Date of Report** 07/22/2005

**Investigation Report :**

**Reason for Referring:**

~~Issue resolved~~

refused to sign - states wants a
level II hearing

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _Dmeggett, er_

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K
**Grievance # :** 16740
**Status** : Unresolved
**Grievance Type:** Health Issue (Medical)
**IGC** : McCreanor, Michael

**SBI#** : 00179415
**Grievance Date** : 08/24/2005
**Resolution Status :**
**Incident Date** : 08/23/2005
**Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

**Institution** : DCC
**Category** : Individual
**Resol. Date** :
**Incident Time :**

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I/M Carter states that on August 19, 2005 during evening med pass he informed the nurse that she had not given him any medication (600 mg Sustiva). She refused to stop and talk to him. The nurse allegedly stated "Probably ran out". On August 22, 2005 the nurse did stop and inform him that there was no medication for him (600 mg Sustiva). On August 23, 2005 his medication (Viread) was not available. That night there was no medication. THe nurse allegedly stated "will come tomorrow". The inmate states he then informed the Nurse that this would be 3 out of the last 5 days that he had not received his medication. The nurse called I/M Carter to the sick call station and gave him Viread and 3 200mg Sustiva.

**Remedy Requested** : I/M wishes Nurse Donyae be commended for her actions and the others reprimanded.

Inmate Copy

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|------|-------|------|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES
**Investigation Sent :** 09/02/2005
**Grievance Amount :**

**Date Received by Medical Unit :** 09/02/2005
**Investigation Sent To** : Dunn, Lee Anne

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

**Offender Name :** CARTER, AARON K    **SBI#**    : 00179415    **Institution**    : DCC

**Grievance #**   : 16740     **Grievance Date** : 08/24/2005    **Category**    : Individual

**Status**      : Unresolved      **Resolution Status:**      **Inmate Status :**

**Grievance Type:** Health Issue (Medical)    **Incident Date**    : 08/23/2005    **Incident Time :**

**IGC**      : McCreanor, Michael      **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

| INFORMAL RESOLUTION | | |
|---|---|---|

**Investigator Name**   : Dunn, Lee Anne            **Date of Report** 09/02/2005

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**          :_____

**Witness (Officer)**   :_____

DCC Delaware Correctional Center
Date: 10/12/2005

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 18540 | **Grievance Date** : 09/16/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/13/2005 | **Incident Time :** 03:30 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Dunn, Lee Anne                    **Date of Report** 10/12/2005

**Investigation Report :**

**Reason for Referring:**

<br/>

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

BLY

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC | |
| **Grievance #** : 18540 | **Grievance Date** : 09/16/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 1 | **Resol. Date** : 06/02/2006 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/13/2005 | **Incident Time :** 03:30 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Lower, Tier B, Cell 8, Bottom | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Inmate claims: on 9-13-05 told no Viread for a.m. meds. On 9-15-05 told no Viread for a.m. meds.

**Remedy Requested** : Change of policy, make it mandatory that all chronic care patients receive daily medication. There's six medical stations on this side of the prison which house medications, main hospital on other side, it's no excuse. Staff will depart to obtain soda.

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| **Type** | **SBI #** | **Name** |

| ADDITIONAL GRIEVANCE INFORMATION | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/12/2005 |
| **Investigation Sent :** 10/12/2005 | **Investigation Sent To** : Dunn, Lee Anne |
| **Grievance Amount :** | |

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/02/2006

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 18540 | **Grievance Date** : 09/16/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/13/2005 | **Incident Time :** 03:30 |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg 23, Lower, Tier B, Cell 8, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Dunn, Lee Anne                    **Date of Report** 10/12/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Rodweller, Deborah                    **Date of Report** 03/06/2006

**Investigation Report :** resolved

**Reason for Referring:** Ms. Rodweller,
　　　　　　　This grievance has reached the 150 warning. Please have someone meet with the inmate for a level
　　　　　　1 and resolve if possible. Thank You,
　　　　　　　　　Cpl. Merson

Offender's Signature:_____

Date                :_____

Witness (Officer)    :_____

**Page 2 of 4**

**DCC  Delaware Correctional Center**
Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K

**Grievance #** : 18540

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00179415

**Grievance Date** : 09/16/2005

**Resolution Status :** Level 1

**Incident Date** : 09/13/2005

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :** 03:30

**Housing Location :** Bldg 23, Lower, Tier B, Cell 8, Bottom

### IGC

**Medical Provider:**

**Date Assigned**

**Comments:**

[ ] **Forward to MGC**

[ ] **Forward to RGC**

[x] **Offender Signature Captured**

[ ] **Warden Notified**

**Date Forwarded to RGC/MGC :** 06/02/2006

**Date Offender Signed** : 06/02/2006

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/02/2006

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** CARTER, AARON K

**SBI# :** 00179415

**Institution :** DCC

**Grievance # :** 18540

**Grievance Date :** 09/16/2005

**Category :** Individual

**Status :** Resolved

**Resolution Status :** Level 1

**Inmate Status :**

**Grievance Type:** Health Issue (Medical)

**Incident Date :** 09/13/2005

**Incident Time :** 03:30

**IGC :** Merson, Lise M

**Housing Location :** Bldg 23, Lower, Tier B, Cell 8, Bottom

| REFERRED TO | |
|---|---|

**Due Date :** 05/31/2006          **Referred to:** Person          **Name:** Welch, James

**Type of Information Requested :**

Chronic care patients seeks daily meds.

| DECISION | |
|---|---|

**Date Received :**

**Decision Date :**          **Vote :**

**Comments :**

Page 4 of 4

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/14/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC | |
| **Grievance #** : 45763 | **Grievance Date** : 06/02/2006 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/25/2006 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 23, Lower, Tier B, Cell 8, Bottom | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I provided medical empty card of Viread medication. To date, 6/2/06 I've been without medication. (8 days) medical provider returns along with same problems of myself receiving inadequate care.

**Remedy Requested** : Adequate medical care

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 06/14/2006 |
| **Investigation Sent** : 06/14/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 45763 | **Grievance Date** : 06/02/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/25/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :**Bldg 23, Lower, Tier B, Cell 8, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Rodweiler, Deborah | **Date of Report** 06/14/2006 |

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**           :_____

**Witness (Officer)** :_____

Page 2 of 2

FIRST CORRECTIONAL MEDICAL  Delaware LLC
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX: 302-659-5051



# Memo


~~~~~~~~~~~~~~~~~~~~ Carter, SBI # 79415 ~~~~~~~~~~~~~~~

From: Brenda Holwerda, RN MAX Nursing Supervisor

Re: Medical Grievance

Date: December 26, 2002

CC:   File

Mr. Carter, after reviewing your medical grievance, it is noted that you were seen by Dr.
Aramburo on the December 23, 2002. I have spoken with Dr. Aramburo and assure you
that this will not occur again. It is FCM policy to adhere to I/M confidentially, and I
apologize for any inconvenience or embarrassment this may have caused you.

If I can be of further assistance, please do not hesitate to contact me.



FIRST CORRECTIONAL MEDICAL  Delaware
LLC
1181 Paddock, Rd.
Smyrna, DE. 19977
PH:    302-653-9261 ex. 2360
FAX:  302-659-5051



# Memo

To: Aaron Carter, SBI # 179415, Building MHU 22

From:    Brenda Holwerda, RN MAX Nursing Supervisor *[signature]*

Re:  Medical Grievance

Date: November 18, 2002

CC: File

Mr. Carter, you were seen by the Medical Provider on November 14, 2002.  If you still require medical attention or have questions, please submit a sick call slip to the Medical Department.

If I can be of further assistance to you, please do not hesitate to contact me.

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** CARTER, AARON K | | **SBI#** | : 00179415 | **Institution** | : DCC |
| **Grievance #** | : 13805 | **Grievance Date** | : 04/28/2005 | **Category** | : Individual |
| **Status** | : Unresolved | **Resolution Status :** | | **Resol. Date** | : |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** | : 04/20/2005 | **Incident Time :** | |
| **IGC** | : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 4-20-05 Dr. Niaz informed me that I was resistant to all medications but four and that he was putting me on all four meds. I disagreed with being placed on the four meds because it left me nothing to fall back on in case I became resistant. Dr. Niaz has never provided me my CD4 count or results from Genotyping test. On 4-21-05 I received one 600 mg sustiva and on 4-22-05 for morning meds I received two Generase and two other protease inhibitor pills. from my knowledge protease inhibitors should be taken two or more times daily and more then two pills each time. I request a second opinion.

**Remedy Requested** : To stop being forced to see Dr. Niaz and immediately see another Dr. for second opinion. I'll continue to refuse taking these meds, I truly believe such small dosages will cause me to become resistant leaving me no other options but death, Dr. Niaz stated that I have no other medications available to me.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/12/2005 | |
| **Investigation Sent :** 05/12/2005 | **Investigation Sent To** | : Wolken, Gina |
| **Grievance Amount :** | | |

Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

| GRIEVANCE REPORT |
|---|

| OFFENDER GRIEVANCE INFORMATION |
|---|

| | | | |
|---|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC | |
| **Grievance #** : 13805 | **Grievance Date** : 04/28/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Resol. Date** : 06/30/2005 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/20/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** On 4-20-05 Dr. Niaz informed me that i was resistant to all medications but four and that he was putting me on all four meds. I disagreed with being placed on the four meds because it left me nothing to fall back on in case I became resistant. Dr. Niaz has never provided me my CD4 count or results from Genotyping test. On 4-21-05 I received one 600 mg sustiva and on 4-22-05 for morning meds I received two Generase and two other protease inhibitor pills. from my knowledge protease inhibitors should be taken two or more times daily and more then two pills each time. I request a second opinion.

**Remedy Requested** : To stop being forced to see Dr. Niaz and immediately see another Dr. for second opinion. I'll continue to refuse taking these meds, I truly believe such small dosages will cause me to become resistant leaving me no other options but death, Dr. Niaz stated that I have no other medications available to me.

| INDIVIDUALS INVOLVED | | **Inmate Copy** |
|---|---|---|
| **Type** | **SBI #** | **Name** | |

| ADDITIONAL GRIEVANCE INFORMATION |
|---|

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/12/2005 |
| **Investigation Sent :** 05/12/2005 | **Investigation Sent To** : Wolken, Gina |
| **Grievance Amount :** | |

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | | |
|---|---|---|---|---|

**Offender Name :** CARTER, AARON K     **SBI#**     : 00179415     **Institution**     : DCC

**Grievance #**   : 13805     **Grievance Date**   : 04/28/2005     **Category**     : Individual

**Status**     : Resolved     **Resolution Status:** Level 1     **Inmate Status :**

**Grievance Type:** Health Issue (Medical)     **Incident Date**    : 04/20/2005     **Incident Time :**

**IGC**     : Merson, Lise M     **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name**   : Wolken, Gina                 **Date of Report** 05/12/2005

**Investigation Report :** Issue Resolved

**Reason for Referring:**

Offender's Signature:_____

Date          : _____

Witness (Officer)    : _____

**Page 2 of 3**

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K

**Grievance #** : 13805

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Merson, Lise M

**SBI#** : 00179415

**Grievance Date** : 04/28/2005

**Resolution Status :** Level 1

**Incident Date** : 04/20/2005

**Institution** : DCC

**Category** : Individual

**Inmate Status :**

**Incident Time :**

**Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

### IGC

**Medical Provider:** **Date Assigned**

**Comments:**

☐ **Forward to MGC** ☐ **Warden Notified**

☐ **Forward to RGC** **Date Forwarded to RGC/MGC :** 06/30/2005

☑ **Offender Signature Captured** **Date Offender Signed** : 06/30/2005

*Exhibit 2*

# aclu delaware

August 2, 2006

Mr. Aaron Carter
SBI # 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Carter:

Thank you for your letter of July 17. We are very sorry to that you had a bad turn in your health, but we are happy to hear that you feel okay now. We have reviewed the paperwork that you previously sent us and have enclosed the originals, which we have copied for our files, herewith. We have the following questions:

a.     We have noticed that on a number of occasions you have filed grievances regarding the delivery of your medications. On grievance #6651, submitted September 2, 2004, you refused to sign off on an informal resolution and requested a level II hearing. **Did you ever receive that hearing? If so, what was the final result?**

b.     You had a MGC hearing on grievance #11662, submitted February 14, 2005, on March 22, 2005. The paperwork notes that you received an appeal form, but does not indicate whether the grievance was or was not resolved. **What was the final result of this grievance? Did you appeal and if not, why?**

c.     You submitted grievance # 13805 on April 28, 2005 seeking a second opinion from another doctor because you believed that your medication regime was dangerous. You eventually signed off on an informal resolution on June 3, 2005. **Did you receive what it was that you were seeking or did you sign off for another reason?**

d.     You submitted grievance # 18540 on September 16, 2005 seeking better delivery of meds (still trouble getting Vivead consistently). This grievance was resolved when you signed off on June 2, 2006. However, you also filed another grievance (# 45763) on June 2, 2006, the same day you signed off on # 18540, seeking basically the same thing (better delivery of medications and no lapses). **What lead you sign off on the informal resolution, but to file another grievance?**

e.     **Have you heard any response since you filed your most recent sick call slip on July 4, 2006? If it was a grievable issue, what was the nature of your complaint?**

**american civil liberties union delaware**
**100 West 10th Street • Suite 309 • Wilmington, Delaware 19801**
**(302) 654-3966**

We appreciate all your help and look forward to your response.

Sincerely,

Julia M. Graff
Staff Attorney
ACLU of Delaware

Enclosure

January 2, 2003

Deputy Warden's Office,

Aaron Carter has advised me that he is still having problems obtaining dental care?  Can you help?  He advised he was seen and charged and given medication, but  he needs teeth pulled.

Thank you so much,

Cindy Atallian
Counselor – Building 22

October 21, 2002

Aaron Carter,

The Deputy Warden's office advised me that you saw the dentist on October 8, 2002.  Are you doing better?

Please let me know.    Thank you,

Cindy Atallian



**Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI# :** 00179415 | **Institution :** DCC |
| **Grievance # :** 5895 | **Grievance Date :** 08/12/2004 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Medical Staff | **Incident Date :** 08/12/2004 | **Incident Time :** 18:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier A, Cell 12, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** During medication I attempted to immediately inform the nurse that she forgot my small white pill. Her response was She'll be right back. Upon her return I informed her of the missingpill. She stated she place the pill in the cup and what was name of pill. I stated it was small white, that I don't recall the name. She stated it was videx. My response was why would I need two pills. I requested medical grievance from C/O. Nurse stated to C/O give him med grievance. Nurse was very ignorant. She didn't bring back pill.

**Remedy Requested :** That all nurses be informed to provide my total dosage of medication, this has been an on going problem. Some nurses act asthough I'm a burden with a common cold, I request the proper dosage of medication.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 08/16/2004 |
| **Investigation Sent :** 08/16/2004 | **Investigation Sent To :** Hastings, Terry L |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 08/20/2004

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name** : CARTER, AARON K          **SBI#**          : 00179415          **Institution**   : DCC

**Grievance #**   : 5895          **Grievance Date** : 08/12/2004          **Category**   : Individual

**Status**          : Unresolved          **Resolution Status:**          **Inmate Status :**

**Grievance Type:** Medical Staff          **Incident Date**   : 08/12/2004          **Incident Time :** 18:00

**IGC**          : Merson, Lise M          Housing Location :Bldg 17, Lower, Tier A, Cell 12, Single

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name**   : Hastings, Terry L          **Date of Report** 08/16/2004

**Investigation Report :**

**Reason for Referring:**

Medication to be given per order.

**Offender's Signature:** _(signature)_

**Date**          :  8/25/04

**Witness (Officer)**   :  Edith Renvia, PA

Date: 09/08/2004



Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 6651 | **Grievance Date** : 09/02/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Medical Staff | **Incident Date** : 09/01/2004 | **Incident Time :** 19:45 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier A, Cell 12, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Male Nurse with medication gave me Viread instead of Videx.

**Remedy Requested** : receive correct dosage of medication daily

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/07/2004 |
| **Investigation Sent** : 09/07/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount :** | |

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

AARON K. CARTER
Name (Print)

D-EAST
Housing Location

2/20/62
Date of Birth

179415
SBI Number

9/24/06
Date Submitted

Complaint (What type of problem are you having)? PAIN IN LEFT KNEE,
NEED KNEE BRACE. "DYNAMIC PULL KNEE BRACE"
ALREADY HAD X RAY.

Aaron K. Carter
Inmate Signature

9/24/06
Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled with MD/MLP. -gm

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:

P:

E:

SEP 2 5 2006

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/08/2004

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : CARTER, AARON K | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 6651 | **Grievance Date** : 09/02/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Medical Staff | **Incident Date** : 09/01/2004 | **Incident Time :** 19:45 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 17, Lower, Tier A, Cell 12, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Hastings, Terry L | **Date of Report** 09/07/2004 |

**Investigation Report :**

**Reason for Referring:**

I/m will recieve correct dose & medication daily

I/m refused to sign, wants Level II hearing

**Offender's Signature:** _____

**Date** : _____9-10-04_____

**Witness (Officer)** : ____Edith Rivera____

Page 2 of 2

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

*Inmate Copy*

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name : CARTER, AARON K** | **SBI#** : 00179415 | **Institution** : DCC |
| **Grievance #** : 11662 | **Grievance Date** : 02/14/2005 | **Category** : Individual |
| **Status** : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/14/2005 | **Incident Time :** |
| **IGC** : Vargas, Rosalie | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | |

### MGC

**Date Received : 03/01/2005**        **Date of Recommendation: 03/29/2005**

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Munson, Amy | Deny |
| Staff | | Eller, Anita | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 2 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

3/22/2005

Deny - Inmate seen by Niaz on 3/16/2005. Labs drawn by Staff on 2/16/2005. Refer back to Niaz. Appeal form provided.

J Hernan, RN - deny

Date: 03/29/2005

**Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K

**SBI# :** 00179415

**Institution :** DCC

**Grievance #** : 11662

**Grievance Date** : 02/14/2005

**Category :** Individual

**Status** : Withdrawn

**Resolution Status :**

**Inmate Status :**

**Grievance Type:** Health Issue (Medical)

**Incident Date** : 02/14/2005

**Incident Time :**

**IGC** : Vargas, Rosalie

**Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

## APPEAL REQUEST

No appeal returned.

## REMEDY REQUEST

Date: 05/19/2005

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K      **SBI#** : 00179415      **Institution** : DCC

**Grievance #** : 13805      **Grievance Date** : 04/28/2005      **Category** : Individual

**Status** : Unresolved      **Resolution Status:**      **Inmate Status :**

**Grievance Type:** Health Issue (Medical)      **Incident Date** : 04/20/2005      **Incident Time :**

**IGC** : Merson, Lise M      **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

## INFORMAL RESOLUTION

**Investigator Name** : Wolken, Gina      **Date of Report** 05/12/2005

**Investigation Report :**

**Reason for Referring:**

Issue Resolved.

**Offender's Signature:** _Aaron N. Carter_

**Date** : 6/3/05

**Witness (Officer)** : _____

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** CARTER, AARON K | **SBI#** | : 00179415 | **Institution** | : DCC |
| **Grievance #** : 18540 | **Grievance Date** | : 09/16/2005 | **Category** | : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** | : 09/13/2005 | **Incident Time** : 03:30 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: on 9-13-05 told no Viread for a.m. meds. On 9-15-05 told no Viread for a.m. meds.

**Remedy Requested** : Change of policy, make it mandatory that all chronic care patients receive daily medication. There's six medical stations on this side of the prison which house medications, main hospital on other side, it's no excuse. Staff will depart to obtain soda.

### INDIVIDUALS INVOLVED

**Inmate Copy**

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                    **Date Received by Medical Unit :** 10/12/2005

**Investigation Sent :** 10/12/2005            **Investigation Sent To**     : Dunn, Lee Anne

**Grievance Amount :**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CARTER, AARON K     **SBI#**   : 00179415     **Institution**    : DCC

**Grievance #**   : 15463     **Grievance Date**   : 07/11/2005     **Category**     : Individual

**Status**     : Unresolved     **Resolution Status :**     **Resol. Date**   :

**Grievance Type:** Health Issue (Medical)     **Incident Date**    : 06/30/2005     **Incident Time :** 11:30

**IGC**     : Merson, Lise M     **Housing Location :** Bldg 21, Lower, Tier B, Cell 9, Top

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims he was passing a lot of blood through his urine and was very painful. He informed Sgt and Sgt informed medical. She stated she would see him, that didn't happen. He submitted sick call, haven't been seen, passed kidney stone. (painful)

**Remedy Requested**   :   Nothing changed, what can I request.

Inmate Copy

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|------|-------|------|
|      |       |      |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES     **Date Received by Medical Unit :** 07/22/2005

**Investigation Sent :** 07/22/2005     **Investigation Sent To**     : Dunn, Lee Anne

**Grievance Amount :**

*Exhibit 7*

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: AARON K. CARTER

HOUSING UNIT: SHU 17 / AL12

DATE SUBMITTED: 8/18/04

SBI#: 179415

CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 8/18/04 10 A.M. APPROX.

TYPE OF MEDICAL PROBLEM:

UPON SEEING THE DOCTOR FOR (HIV) STATUS, I REQUESTED
TO BE SEEN UNDER HIPPA GUIDELINES (CONFIDENTIALLY). THE
DOCTOR STATED THAT HE COULDN'T SEE ME UNDER THOSE
GUIDELINES. MY MEDICAL CONDITION IS ONE THAT
PEOPLE DISCRIMINATE AGAINST DUE TO LACK OF KNOW-
LEDGE. MY SITUATION IS CONFIDENTIAL, IT'S NOT FOR
THESE CORRECTIONAL OFFICERS OR INMATES TO DISCUSS
AMONGST THEMSELVES OR TO SHARE WITH OTHERS. I'M
HANDCUFFED & SHACKLED OPPOSE NO THREAT.

GRIEVANT'S SIGNATURE: *Aaron K. Carter*   DATE: 8/18/04

ACTION REQUESTED BY GRIEVANT: TO BE SEEN UNDER THE HIPPA
GUIDELINES (CONFIDENTIALLY), SOON AS POSSIBLE. MY
PRESENT MEDICATION NOLONGER EFFECTIVE.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

(MY COPY)

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

DATE SUBMITTED: 8/24/05

INMATE'S NAME: AARON K. CARTER

SBI#: 179415

HOUSING UNIT: 21/BL9

CASE #:

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 8/19/05 THRU 8/23/05 (A.M + P.M MEDS.)

TYPE OF MEDICAL PROBLEM:

ON 8/19/05 (P.M. MEDS.) INFORMED NURSE SHE PASSED MY CELL WITHOUT MEDICATION, SHE REFUSED TO STOP AND TALK TO ME, STATED: PROBABLY RAN OUT.(600 MG. SUSTIVA). ON 8/22/05 (P.M. MEDS.) NURSE STOPPED AT CELL AND STATED: SHE HAD NO MEDS FOR ME,(600 MG. SUSTIVA). ON 8/23/05 MORNING MEDS. NO VIREAD. 8/23/05 P.M. MEDS. NURSE INFORMED ME NO MEDS, WILL COME TOMORROW, I INFORMED HER THIS WOULD BE THREE OUT OF LAST FIVE DAYS,"WAS SURPRISED". I REQUESTED SHE CALL ME OUT. NURSE CALLED ME OUT TO SICK CALL STATION AND PROVIDE A.M. VIREAD AND THREE 200 MG. SUSTIVA.

GRIEVANT'S SIGNATURE: Aaron K. Carter        DATE: 8/24/05

ACTION REQUESTED BY GRIEVANT: THAT SHE (DONYAE) BE COMMENDED, AND OTHERS REPRIMANDED. I DONT HAVE COMMON COLD OR HEADACHE, COULD OBTAIN MEDS FROM ANOTHER BUILDING.

                    LEVEL II HEARING

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: AARON K. CARTER

HOUSING UNIT: SHU 17 / AL 12

DATE SUBMITTED: 9/2/04

SBI#: 179415

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 9/1/04 APPROX. 7:45 P.M.

TYPE OF MEDICAL PROBLEM:

MALE NURSE COME WITH MEDICATION WHILE I WAS MAKING PRAYER, WHEN FINISHED PRAYER AND REMOVED MEDICATION FROM SHELF, I RECEIVED VIREAD INSTEAD OF VIDEX. NURSE HAD WENT HOME ~~BEFORE~~ BEFORE C/O'S RETURNED TO CELL BLOCK.

GRIEVANT'S SIGNATURE: Aaron K. Carter    DATE: 9/2/04

ACTION REQUESTED BY GRIEVANT: TO RECEIVE ~~PROPER~~ (CORRECT) DOSAGE OF MEDICATION DAILY

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

COPY

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: AARON K. CARTER

HOUSING UNIT: SHU 17 / AL12

DATE SUBMITTED: 9/4/04

SBI#: 179415

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 9/3/04 Approx. 5:10 P.M.

TYPE OF MEDICAL PROBLEM:

I WAS OUT DURING RECREATION AND NURSE PLACED MEDICATION INSIDE MY CELL. WHEN MY RECREATION WAS OVER AND I PROCEEDED TO TAKE MEDICATION, THE VIDEX PILL WAS MISSING. I INFORMED C/O TINGLE AND LAYTON. THE NURSE INFORMED THEM SHE WOULD INFORM THE NEXT NURSE WHEN SHE ARRIVED TO WORK. IT WAS HER RESPONSIBILITY, NOT THE NEXT NURSE. NEEDLESS TO SAY, I DIDN'T RECEIVE MEDICATION (VIDEX). ~~BY~~ ~~scribbled out~~ ~~scribbled out~~.

GRIEVANT'S SIGNATURE: Aaron K. Carter      DATE: 9/4/04

ACTION REQUESTED BY GRIEVANT: TO IMMEDIATELY CORRECT THIS ON GOING PROBLEM WITH MORE THAN MERE WORDS. BY CHANCE 250 MG. VIDEX NOT AVAILABLE PROVIDE 400 MG. AS SOME NURSES, 400 MG. MORE HELPFUL THAN NO MG.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

COPY

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

DATE SUBMITTED: 9/6/04

INMATE'S NAME: AARON K. CARTER

SBI#: 179415

HOUSING UNIT: SHU 17 / ALI 2

CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9/6/04  APPROX. 4:30 P.M.

TYPE OF MEDICAL PROBLEM:

NURSE PROVIDED MEDICATION. I INFORMED HER THAT
SHE FORGOT VIDEX. SHE RESPONDED, YOUR RIGHT I'LL BE
BACK. NURSE NEVER RETURNED THEREFORE I DIDNT RECEIVE
MY VIDEX AGAIN. THATS THREE DAYS OUT OF THE LAST
SIX DAYS. (NO VIDEX)

GRIEVANT'S SIGNATURE: Aaron K. Carter    DATE: 9/6/04

ACTION REQUESTED BY GRIEVANT: YOU DECIDE, THIS CONSTANT PROBLEM
IS NOT ACCEPTABLE.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

COPY

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.                                    DATE SUBMITTED: 9/30/04

INMATE'S NAME: AARON K. CARTER              SBI#: 179415

HOUSING UNIT: SHU 17 /ALI2                     CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9/28/04 ←→ 9/30/04

TYPE OF MEDICAL PROBLEM:

ON 9/28/04 AND 9/29/04 I DIDN'T RECEIVE MY
A.M. MEDS OR P.M. MEDS. ON 9/30/04 I DID RECEIVE
MY A.M. MEDS BUT NOT P.M. MEDS. NO ONE HAS THE
RIGHT OR AUTHORITY TO DISCONTINUE OR CHANGE MY
MEDICATION WITHOUT CONSULTING WITH ME ALONG
WITH MY APPROVAL.

GRIEVANT'S SIGNATURE: Aaron K. Carter      DATE: 9/30/04

ACTION REQUESTED BY GRIEVANT: SINCE 8/25/04 THIS IS FIFTH MED.
GRIEVANCE DEALING WITH INCOMPETENCE WITH STAFF.
NOTHING HAS BEEN DONE. SOMEONE NEEDS TERMINATION.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

COPY

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C.

DATE SUBMITTED: 2/14/05

INMATE'S NAME: AARON K. CARTER

SBI#: 179415

HOUSING UNIT: MHU 21 /BL9

CASE #:

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ON-GOING

TYPE OF MEDICAL PROBLEM:

APPROX. 6 OR 8 MONTHS AGO DR. NIAZ REFUSED TO SEE ME UNDER HEPPA GUIDELINES. NOW APPROX 3 TO 4 MONTHS AGO DR. NIAZ SEEN ME BRIEFLY OVER COMPOUND HOSPITAL BUT MY BLOOD WASN'T TAKEN PRIOR, HE SAID MY BLOOD WOULD BE DRAWN AND TO BE BROUGHT BACK. THAT HASN'T HAPPENED. ON WED. 2/9/05 THE C/O'S CAME AND TOOK ME TO SICK CALL AND UPON OUR ARRIVAL THE C/O'S IN CONTROL BOOTH TOLD US THE PEOPLE (DOCTOR + NURSE) LEFT BECAUSE THEY BECAME UPSET. I'VE LOST WEIGHT, HAVE GOTTEN RASHES AND GET DIZZY AT TIMES. I'M NOT SUICIDAL!

GRIEVANT'S SIGNATURE: Aaron K. Carter   DATE: 2/14/05

ACTION REQUESTED BY GRIEVANT: TO HAVE BLOOD DRAWN AND SEEN BY DOCTOR IMMEDIATELY TO REMEDY THESE PROBLEMS. TO BE SEEN UNDER HEPPA GUIDELINES! TO HAVE MY PRIOR GRIEVANCE HEARD IN REFERENCE TO DR. NIAZ REFUSING TO SEE ME UNDER HEPPA GUIDELINES. LEVEL II HEARING!

DATE RECEIVED BY MEDICAL UNIT:

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D. C. C._                    DATE SUBMITTED: _4/28/85_

INMATE'S NAME: _AARON K. CARTER_        SBI#: _179415_

HOUSING UNIT: _MHU 21/BL9_              CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _4/20/05_

TYPE OF MEDICAL PROBLEM:

ON 4/20/05 DR. NIAZ INFORMED ME THAT I WAS RESISTANT
TO ALL MEDICATIONS BUT FOUR AND THAT HE WAS PUTTING ME ON
ALL FOUR MEDS. I DISAGREED WITH BEING PLACED ON THE FOUR MEDS
BECAUSE IT LEFT ME NOTHING TO FALL BACK ON IN CASE I BECAME
RESISTANT. HE NEVER HAS PROVIDED ME WITH CD4 COUNT OR RESULTS
FROM GENOTYPING RESULTS. ON 4/21/05 FOR EVENING MEDS I RECEIVED
ONE 600 MG. SUSTIVA AND ON 4/22/05 FOR MORNING I RECEIVED
TWO AGENERASE AND TWO OTHER PROTEASE INHIBITORS, FROM MY KNOWLEDGE
PRO. INHIBITORS SHOULD BE TAKEN TWO OR THREE TIMES DAILY AND MORE
THAN TWO PILLS EACH TIME. I REQUEST A SECOND OPINION.

GRIEVANT'S SIGNATURE: _Aaron K. Carter_    DATE: _4/28/05_

ACTION REQUESTED BY GRIEVANT: TO STOP BEING FORCED TO SEE DR. NIAZ
AND TO IMMEDIATELY SEE ANOTHER DR. FOR SECOND OPINION.
I'LL CONTINUE TO REFUSE TAKING THESE MEDS BECAUSE I TRULY
BELIEVE SUCH SMALL DOSAGES WILL CAUSE ME TO BECOME RESISTANT
QUICKLY LEAVING ME NO OTHER OPTIONS BY DR. NIAZ STATING I HAVE NO
OTHER MEDICATIONS AVAILABLE TO ME.

DATE RECEIVED BY MEDICAL UNIT:_____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D.C. C._

INMATE'S NAME: _AARON K. CARTER_

HOUSING UNIT: _21/BL9_

DATE SUBMITTED: _7/10/05_

SBI#: _179415_

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_FOR APPROXIMATELY THREE MONTHS I'VE SUBMITTED SICK CALL SLIPS DEALING_

_WITH SYMPTOMS OF MY DISEASE (I.E) RASHES, DIZZINESS, WEIGHT LOSS, SWEATS,_

_RENEWAL OF VITAMINS, CARNATION, SHAMPOO. NEED SECOND OPINION, MAYBE_

_SPECIALIST AVAILABLE. TOLD BLOODWORK WOULD BE DONE IN FOUR WEEKS, TWO_

_MONTHS HAVE PAST POSSIBLY LONGER._

GRIEVANT'S SIGNATURE: _Aaron K. Carter_    DATE: _7/10/05_

ACTION REQUESTED BY GRIEVANT: _TO HAVE ISSUES SERIOUSLY ADDRESSED, PROVIDED_

_SPECIALIST FOR MY DISEASE. TO HAVE BLOODWORK DONE, SECOND OPINION._

DATE RECEIVED BY MEDICAL UNIT: _____

_MY COPY_

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY, OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

DATE SUBMITTED: 7/11/05

INMATE'S NAME: AARON K. CARTER

SBI#: 179415

HOUSING UNIT: 21/B19

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: 6/30/05 Appox. 11:30 A.M.

TYPE OF MEDICAL PROBLEM:

ON 6/30/05 I WAS PASSING ALOT OF BLOOD THROUGH MY URINE AND WAS VERY

PAINFUL. I INFORMED SERGEANT OUTTEN, HE INFORMED EVENING NURSE (MEDICAL). SHE

STATED SHE WOULD SEE ME, THAT DIDN'T HAPPEN. I SUBMITTED SICK CALL HAVEN'T BEEN

SEEN, PASSED KIDNEY STONE. (PAINFUL)

GRIEVANT'S SIGNATURE: Aaron K. Carter    DATE: 7/11/05

ACTION REQUESTED BY GRIEVANT: NOTHING CHANGED, WHAT CAN I REQUEST.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MY COPY

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: AARON K. CARTER

HOUSING UNIT: 21/BL9

DATE SUBMITTED: 7/20/05

SBI#: 179415

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 3/1/04 Thru 7/20/05

TYPE OF MEDICAL PROBLEM:

HAVING TO EAT THREE COLD MEALS DAILY FOR THIS LENGTHY PERIOD

OF TIME ISN'T GOOD FOR MY MEDICAL CONDITION.

BEING CONFINED IN THESE DUSTY CELLS AFFECTS MY BREATHING (ASTHMA).

THE LACK OF FRESH AIR AND EXERCISE DOESN'T HELP CONDITIONS.

GRIEVANT'S SIGNATURE: Aaron K. Carter    DATE: 7/20/05

ACTION REQUESTED BY GRIEVANT: LEVEL II HEARING, NOTHINGS BEING DONE TO

CORRECT PRIOR COMPLAINTS, NOR IS HIPPA GUIDELINES RESPECTED.

COPY

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D. C. C._

INMATE'S NAME: _AARON K. CARTER_

HOUSING UNIT: _23 / BL8_

DATE SUBMITTED: _6/2/06_

SBI#: _179415_

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _APPROX. 5/25/06 THRU 6/2/06_

TYPE OF MEDICAL PROBLEM:

_I PROVIDED MEDICAL EMPTY CARD OF VIREAD MEDICATION,_
_TO DATE 6/2/06 I'VE BEEN WITHOUT MEDICATION. (8 DAYS)_
_MEDICAL PROVIDER RETURNS ALONG WITH SAME_
_PROBLEMS OF MYSELF RECEIVING IN ADEQUATE CARE_

GRIEVANT'S SIGNATURE: _Aaron K. Carter_   DATE: _6/2/06_

ACTION REQUESTED BY GRIEVANT: _ADEQUATE MEDICAL CARE._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D. C. C.

INMATE'S NAME: AARON K. CARTER

HOUSING UNIT: BLDG. 21/BL 9

DATE SUBMITTED: 9/16/05

SBI#: 179415

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9/13/05 + 9/15/05 A.M. MEDS 3:30 A.M

TYPE OF MEDICAL PROBLEM:

ON 9/13/05, TOLD NO VIREAD FOR A.M. MEDS. ON 9/15/05 TOLD NO
VIREAD FOR A.M. MEDS.

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: Aaron K. Carter          DATE: _____

ACTION REQUESTED BY GRIEVANT: CHANGE OF POLICY, MAKE IT MANDATORY THAT
ALL CHRONIC CARE PATIENTS RECEIVE DAILY MEDICATIONS. THERE'S SIX
MEDICAL STATIONS ON THIS SIDE OF PRISON WHICH HOUSE MEDICATIONS,
MAIN HOSPITAL ON OTHER SIDE, IT'S NO EXCUSE. STAFF WILL DEPART TO
OBTAIN SODA.    LEVEL II HEARING.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

05/25/01 14:08:29     Criminal History Record     Page    1

**This is the Criminal Record of:**
**AARON K CARTER**      DOB 02/20/62     SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| 05/24/01 | 05/24/01 | 0901047554 0105020018 POSS FIREARM OR FIREARM AMMUNITION CONVICT USE POSS SALE DRUG | TROOP 2 STATE POLICE | | Date:05/25/2001 Disposition Unobtainable |
| 06/03/99 | 06/03/99 | 9906002807 9906002807 ASSAULT THIRD DEGREE I ENTIONALLY RECKLESSLY CAUSE PHYSICAL INJURY | WILMINGTON PD | New Castle County Court of Common Pleas | Date:12/15/1999 DISMISSED Sentence Date: N/A |
| 08/21/98 | 08/21/98 | 9801009521 VIOLATION OF PROBATION | NEW CASTLE COUNTY SUPERIOR COURT | NEW CASTLE COUNTY SUPERIOR COURT | Date:01/07/1999 GUILTY ORIGINAL CHARGE Sentence Date: N/A |
| 01/16/98 | 01/16/98 | 3098001376 9801009521 CRIMINAL I M P | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:06/30/1998 NOLLE PROSEQUI Sentence Date: 06/29/1998 |
| 01/16/98 | 01/16/98 | 3098001376 9801009521 HINDERING P | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:06/30/1998 NOLLE PROSEQUI |

This is the Criminal Record of:
AARON K CARTER                      DOB 02/20/62     SBI 00179415 FBI 837559W2

| DATE OF<br>ARREST | CRIME<br>OCCURRED | COMPLAINT/<br>DUC/CHARGE | ARREST<br>AGENCY | CRT RENDERING<br>DISPOSITION | DISPOSITION/<br>SENTENCE DT |
|---|---|---|---|---|---|
|  |  | ROSECUTION<br>THE ACTS<br>OR<br>HINDERED<br>DISCOVERY |  |  | Sentence Date:<br>06/29/1998 |
| 01/16/98 | 01/16/98 | 3098001376<br>9801009521<br>FORGERY<br>SECOND<br>DEGREE<br>PUBLIC<br>FILED BY<br>PUBLIC<br>SERVANT | WILMINGTON<br>PD | NEW CASTLE<br>COUNTY<br>SUPERIOR<br>COURT | Date:06/30/1998<br><br>NOLLE PROSEQUI<br><br>Sentence Date:<br>06/29/1998 |
| 01/16/98 | 01/16/98 | 3098001376<br>9801009521<br>POSSESSION<br>OF A<br>NARCOTIC<br>SCHEDULE I<br>W/I 1000'<br>OF SCHOOL | WILMINGTON<br>PD | NEW CASTLE<br>COUNTY<br>SUPERIOR<br>COURT. | Date:06/30/1998<br><br>NOLLE PROSEQUI<br><br>Sentence Date:<br>06/29/1998 |
| 01/16/98 | 01/16/98 | 3098001376<br>9801009521<br>POSSESSION<br>OF A<br>NARCOTIC<br>SCHEDULE I | WILMINGTON<br>PD | NEW CASTLE<br>COUNTY<br>SUPERIOR<br>COURT | Date:06/30/1998<br><br>PLED GUILTY<br>ORIGINAL<br>CHARGE<br><br>Sentence Date:<br>06/29/1998<br>CC:$80.00<br>CONF:3Y<br>SUSP TO:3Y<br>LEVEL:3 |
| 12/21/96 | 11/25/96 | 3296139650<br>9612011632<br>CRIMINAL | NEW CASTLE<br>COUNTY PD | New Castle<br>County<br>Family Court | Date:01/23/1997<br><br>DISMISSED |

This is the Criminal Record of:
AARON K CARTER

DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | CONTEMPT OF FAMILY COURT | | | Sentence Date: N/A |
| 12/20/96 | 04/07/97 | 3096030981 9702005100 CRIMINAL CONTEMPT OFFENDER FAILURE TO | WILMINGTON PD | MUNICIPAL COURT | Date: 02/05/1998 DISMISSED Sentence Date: 02/05/1998 |
| 12/20/96 | 12/20/96 | 3096030981 9702005100 FAILURE TO HAVE INSURANCE I N TIFICATION IN POSSESSION | WILMINGTON PD | MUNICIPAL COURT | Date: 02/05/1998 NOLLE PROSEQUI Sentence Date: 02/05/1998 |
| 12/20/96 | 12/20/96 | 3096030981 9702005100 OPERATION OF AN U N VEHICLE | WILMINGTON PD | MUNICIPAL COURT | Date: 02/05/1998 NOLLE PROSEQUI Sentence Date: 02/05/1998 |
| 12/08/96 | 12/08/96 | 0696100489 9612009781 S HOPLIFTING UNDER $1000 M ERCHANDISE | TROOP 6 STATE POLICE | New Castle County Court of Common Pleas | Date: 08/03/1998 NOLLE PROSEQUI Sentence Date: N/A |
| 12/08/96 | 12/08/96 | 0696100489 9612009781 | TROOP 6 STATE | New Castle County Court | Date: 08/03/1998 |

This is the Criminal Record of:
AARON K CARTER

DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | CONSPIRACY THIRD DEGREE AGREEMENT | POLICE | of Common Pleas | GUILTY ORIGINAL CHARGE<br><br>Sentence Date: N/A FINE:$125.00 VCF:$22.50 CC:$40.00 |
| 11/23/96 | 10/13/96 | 3096028694<br><br>OFFENSIVE TOUCHING | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 10/25/96 | 10/25/96 | 89008526DI VIOLATION OF PROBATION | NEW CASTLE COUNTY SUPERIOR COURT | NEW CASTLE COUNTY SUPERIOR COURT | Date:11/18/1996<br><br>GUILTY ORIGINAL CHARGE Sentence Date: 11/18/1996 CONF:45D CONCURRENT |
| 10/16/96 | 10/16/96 | U196005158 9612011336 OFFENSIVE TOUCHING | New Castle County Family Court | New Castle County Family Court | Date:01/23/1997<br><br>DISMISSED<br><br>Sentence Date: N/A |
| 05/30/95 | 05/25/95 | 3095012691 9505017909 T ERRORISTIC T HREATENING CRIME LIKLEY RESULT | WILMINGTON PD | New Castle County Family Court | Date:08/08/1995<br><br>FOUND GUILTY ORIGINAL CHARGE<br><br>Sentence Date: N/A |

This is the Criminal Record of:
AARON K CARTER                    DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | DEATH/ SERIOUS INJURY | | | |
| 05/30/95 | 05/25/95 | 3095012691 9505017909 ASSAULT THIRD DEGREE I ENTIONALLY RECKLESSLY CAUSE PHYSICAL INJURY | WILMINGTON PD | New Castle County Family Court | Date:08/08/1995 FOUND GUILTY ORIGINAL CHARGE Sentence Date: N/A |
| 07/17/94 | 07/17/94 | 0694053388 9407009858 DISORDERLY CONDUCT FIGHTING OR VIOLENT T HREATENING BEHAVIOR | TROOP 6 STATE POLICE | JUSTICE OF THE PEACE COURT 11 | Date:07/17/1994 GUILTY ORIGINAL CHARGE Sentence Date: 07/17/1994 FINE:$25.00 VCF:$4.50 CC:$30.00 CONF:2D SUSPENDED |
| 07/15/93 | 07/15/93 | 3093015233 9307008972 M AINTAINING A VEHICLE FOR SUBSTANCES | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:12/14/1993 NOLLE PROSEQUI Sentence Date: N/A |
| 07/15/93 | 07/15/93 | 3093015233 9307008972 CONSPIRACY | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR | Date:12/14/1993 NOLLE PROSEQUI |

This is the Criminal Record of:
  AARON K CARTER          DOB 02/20/62   SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | SECOND DEGREE AGREEMENT | | COURT | Sentence Date: N/A |
| 07/15/93 | 07/15/93 | 3093015233 9307008972 POSSESS W/ INTENT TO DELIVER A NARCOTIC OUNTERFEIT CONTROLLED SUB | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:12/14/1993 NOLLE PROSEQUI Sentence Date: N/A |
| 01/20/90 | 01/20/90 | 3090006116 HINDERING P ROSECUTION | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/20/90 | 01/20/90 | 3090006116 CRIMINAL I M P | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 09/20/89 | 09/20/89 | 3089085167 VIOLATION OF PROBATION | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:10/17/1994 GUILTY ORIGINAL CHARGE Sentence Date: 10/17/1994 PART:2Y6M SUSP AFT:6M SUSP TO:1Y6M LEVEL:03 INTS:1Y6M CONSECUTIVE |

This is the Criminal Record of:
AARON K CARTER                           DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| 09/20/89 | 09/20/89 | 3089085167<br><br>POSS W/I TO DEL/ MANUF. NAR. SCH I OR | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:11/05/1990<br><br>NOLLE PROSEQUI<br><br>Sentence Date: N/A |
| 10/27/88 | 05/12/88 | 3088034682<br><br>ESCAPE AFTER CONVICTION | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/14/87 | 01/11/87 | 3087003428<br><br>OFFENSIVE TOUCHING | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/14/87 | 01/12/87 | 3087003339<br><br>ATTEMPTED ROBBERY 1ST | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/14/87 | 01/14/87 | 3087003404<br><br>RESISTING ARREST | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/14/87 | 01/14/87 | 3087003404<br><br>HINDERING P ROSECUTION | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 01/07/87 | 01/06/87 | 3087001584<br><br>MENACING | WILMINGTON PD | MUNICIPAL COURT | Date:00/00/1900<br><br>PENDING ENTRY OF FINAL DISPOSITION Sentence Date: |

This is the Criminal Record of:
AARON K CARTER

DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | | | | N/A |
| 01/07/87 | 01/06/87 | 3087001584 T ERRORISTIC T HREATENING | WILMINGTON PD | MUNICIPAL COURT | Date:00/00/1900 PENDING ENTRY OF FINAL DISPOSITION Sentence Date: N/A |
| 12/22/86 | 12/22/86 | 0186013953 SHOPLIFTING | TROOP 1 STATE POLICE | JUSTICE OF THE PEACE COURT 15 | Date:12/22/1986 GUILTY ORIGINAL CHARGE Sentence Date: 12/22/1986 FINE:$100.00 CC $8.50, VCF $15.00 |
| 12/21/86 | 12/21/86 | 3086101443 DISORDERLY CONDUCT | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 10/02/86 | 09/11/86 | 3086022880 CAPIAS | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 06/19/86 | 06/12/86 | 3086022880 CAPIAS | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 04/24/86 | 04/20/86 | 3086030982 MENACING | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 03/26/86 | 03/26/86 | 3086022880 | WILMINGTON PD | | Date:05/25/2001 Disposition |

This is the Criminal Record of:
AARON K CARTER                          DOB 02/20/62   SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| | | LOITERING | | | Unobtainable |
| 11/22/85 | 11/22/85 | 3085093379 CAPIAS | WILMINGTON PD | | Date:05/25/2001 Disposition Unobtainable |
| 02/15/85 | 01/16/84 | 3085003963 PDWDCF | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:02/15/1985 NOLLE PROSEQUI Sentence Date: 02/15/1985 |
| 02/15/85 | 01/16/84 | 3085003963 ATTEMPTED MURDER 1ST | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:02/15/1985 DISMISSED Sentence Date: 02/15/1985 REJECTED |
| 02/15/85 | 01/16/84 | 3085003963 ATTEMPTED MURDER | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:02/15/1985 NOLLE PROSEQUI Sentence Date: 02/15/1985 |
| 02/15/85 | 01/16/84 | 3085003963 PDWDCF | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:04/24/1985 NOLLE PROSEQUI Sentence Date: 04/24/1985 |
| 02/15/85 | 01/16/84 | 3085003963 ASSAULT II | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:04/24/1985 NOLLE PROSEQUI Sentence Date: 04/24/1985 |

his is the Criminal Record of:
AARON K CARTER                    DOB 02/20/62    SBI 00179415 FBI 837559W2

| DATE OF ARREST | CRIME OCCURRED | COMPLAINT/ DUC/CHARGE | ARREST AGENCY | CRT RENDERING DISPOSITION | DISPOSITION/ SENTENCE DT |
|---|---|---|---|---|---|
| 02/15/85 | 01/16/84 | 3085003963<br><br>RECKLESS E NDANGERING I | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:04/24/1985<br><br>NOLLE PROSEQUI<br><br>Sentence Date: 04/24/1985 |
| 01/30/85 | 01/16/85 | 3085003963<br><br>PDWDCF (F) | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:02/15/1985<br><br>NOLLE PROSEQUI<br><br>Sentence Date: 02/15/1985 |
| 01/30/85 | 01/16/85 | 3085003963<br><br>ATTEMPT MURDER 1ST (F) | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:02/15/1985<br><br>NOLLE PROSEQUI<br><br>Sentence Date: 02/15/1985 |
| 09/14/82 | 07/16/82 | 0982001746<br><br>ASSAULT | TROOP 9 STATE POLICE | | Date:05/25/2001 Disposition Unobtainable |
| 01/13/82 | 01/13/82 | 3082002476<br><br>POSS DEAD WEAPON BY CERTAIN PER PROH | WILMINGTON PD | MUNICIPAL COURT | Date:05/25/2001<br><br>DISMISSED<br><br>Sentence Date: N/A |
| 01/13/82 | 01/13/82 | 3082002476<br><br>CCDW | WILMINGTON PD | NEW CASTLE COUNTY SUPERIOR COURT | Date:05/25/2001<br><br>NOLLE PROSEQUI<br><br>Sentence Date: N/A |
| 07/09/81 | 07/09/81 | 3081039228 | WILMINGTON PD | MUNICIPAL COURT | Date:05/25/2001 |