U.S. DISTRICT COURT

DISTRICT OF DELAWARE

2/3/08

CIV. ACT. NO  06-561-SLR
             07-386-SLR

Clerk of Court,

I AARON K. CARTER RESPECTFULLY REQUEST THAT YOU PROVIDE CERTIFIED DOCKET SHEETS AND ALL MOTIONS AND ORDERS IN THE ABOVE MATTERS, BOTH CRIMINAL AND CIVIL.
MY PAPERWORK IS SOMEHOW MISSING, YOUR PROMPT ASSISTANCE GREATLY APPRECIATED.

*Aaron K. Carter*

FILED

FEB - 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M AARON K. CARTER
SBI# 179415   UNIT D-EAST/08
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 FEB 2008 PM 2 T

U.S.M.S. X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKER BOX 18
WILMINGTON, DE.
19801-3570