IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977, | :<br>:<br>:<br>:<br>: | |
| Plaintiff, | :<br>: | C.A. No. 06-561 SLR |
| v. | :<br>: | TRIAL BY JURY DEMANDED |
| COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendant. | : | |

**AMENDED MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

COMES NOW Correctional Medical Services, Inc., by and through its undersigned counsel, and respectfully moves this Honorable Court to enter an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted, or, in the alternative, to enter an Order pursuant to Federal Rule of Civil Procedure 56(c) granting summary judgment to Correctional Medical Services, Inc. and against Plaintiff. In support of this Motion, Correctional Medical Services, Inc. offers the Memorandum of Points and Authorities filed simultaneously herewith.

|  | MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN |
|---|---|
| BY: | /s/ Eric Scott Thompson |

KEVIN J. CONNORS, ESQ. (DE ID #2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE  19899-0130
(302) 552-4302
Attorneys for Defendant,
Correctional Medical Services, Inc.

DATED: February 7, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON K. CARTER, 179415<br>DELAWARE CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER STANLEY TAYLOR,<br>WARDEN THOMAS CARROLL, DR.<br>TAMMY Y. KASTRE, FCM,<br>LINDA HUNTER – FCM – CMS<br>CORRECTIONAL MEDICAL SYSTEMS,<br>S/LT. ALISHA PROFACI<br>LT. PETER FORBES,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-561 SLR<br><br>TRIAL BY JURY DEMANDED |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on this date, I electronically filed the *Amended Motion of Defendant, Correctional Medical Services, Inc., to Dismiss or in the Alternative for Summary Judgment* with the Clerk of the Court using CM/ECF and I have mailed by United States Postal Service, the *Amended Motion of Defendant, Correctional Medical Services, Inc., to Dismiss or in the Alternative for Summary Judgment* to the following non-registered participant:

Aaron K. Carter
SBI# 179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

　　　　　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　　　　　COLEMAN AND GOGGIN

　　　　　　　　　　　　　BY:　　/s/ Eric Scott Thompson
　　　　　　　　　　　　　　　　　　ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
　　　　　　　　　　　　　　　　　　1220 N. Market Street, 5th Floor
　　　　　　　　　　　　　　　　　　P.O. Box 130
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-0130
　　　　　　　　　　　　　　　　　　(302) 552-4302
　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　Correctional Medical Services, Inc.

DATED: February 7, 2008
15/580944.v1