IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AARON K. CARTER, 179415          :
DELAWARE CORRECTIONAL CENTER     :
1181 PADDOCK ROAD                :
SMYRNA, DE 19977,                :
                                 :
         Plaintiff,              :          C.A. No. 06-561
                                 :
         v.                      :
                                 :   JURY TRIAL DEMANDED
COMMISSIONER STANLEY TAYLOR,     :
WARDEN THOMAS CARROLL, DR.       :
TAMMY Y. KASTRE, FCM,            :
LINDA HUNTER – FCM – CMS         :
CORRECTIONAL MEDICAL SYSTEMS,    :
S/LT. ALISHA PROFACI             :
LT. PETER FORBES,                :
                                 :
         Defendants              :

**EXHIBITS 1, 2, 3, 4 and 5**
**TO MEMORANDUM OF POINTS AND AUTHORITIES OF CORRECTIONAL**
**MEDICAL SERVICES, INC., IN SUPPORT OF ITS AMENDED MOTION TO DISMISS**
**OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**


# FILED UNDER SEAL


**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN AND GOGGIN**

KEVIN J. CONNORS, ESQ.  (DE ID #2135)
ERIC SCOTT THOMPSON, ESQ. (DE ID # 4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4370
Attorneys for Defendant, Correctional Medical
Services, Inc.

15/581145.v1