IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

At Wilmington this 24th day of March 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Correctional Medical Services' motion to dismiss is **granted in part** and **denied in part**. (D.I. 15) Plaintiff's class action and ADA claims are dismissed.

2. Plaintiff shall respond to Correctional Medical Services' motion for summary judgment (D.I. 56) on or before **April 30, 2008**. Correctional Medical Services may file a reply on or before **May 15, 2008**.

                                                                _____
UNITED STATES DISTRICT JUDGE