IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 17th day of April, 2008, having considered the pending motions;

IT IS ORDERED that:

1. **Default Judgment**. Plaintiff's motion for default judgment against Dr. Tammy Y. Kastre ("Dr. Kastre") is **denied**. (D.I. 31) Dr. Kastre's motion to set aside default judgment, construed as a motion to set aside default, is **granted**. (D.I. 59) A default in appearance was entered on September 18, 2007. (D.I. 28) Dr. Kastre advises the court that the person who signed the return of service did not have authority to sign and execute a return of waiver of summons on her behalf. (D.I. 59) She also indicates that she has a viable defense to the allegations in the complaint. (Id.) Dr. Kastre filed an answer to the complaint on December 21, 2007. (D.I. 44.)

2. Entry of default judgment is a two-step process. Fed. R. Civ. P. 55(a), (b). A party seeking to obtain a default judgment must first request that the clerk of the court "enter . . . the default" of the party that has not answered the pleading or "otherwise defend[ed]," within the time required by the rules or as extended by court order. Fed. R. Civ. P. 55(a). Even if default is properly entered, the entry of judgment by default

pursuant to Rule 55(b)(2) is within the discretion of the trial court. Hritz v. Woma Corp., 732 F.2d 1178, 1180 (3d Cir. 1984).

3. Dr. Kastre has provided good cause for her failure to appear. Accordingly, the court exercises its discretion, sets aside the default in appearance and will not enter judgment by default.

4. **Extension of Time.** Plaintiff's motion for extension of time to respond to defendants' discovery is **granted**. (D.I. 43) Plaintiff shall respond to any outstanding discovery requests by no later than **May 19, 2008**.

_____<br>
UNITED STATES DISTRICT JUDGE