IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 17th day of April, 2008, the complaint in the above-captioned case having been filed on September 11, 2006 (D.I. 2);

IT IS ORDERED that, on or before **May 19, 2008**, plaintiff shall show cause why former Commissioner Stanley Taylor should not be dismissed as a defendant in this cause, for failure to serve process as required, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE