IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



AARON K. CARTER,                  )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    C.A. No. 06-561-SLR
                                  )
COMMISSIONER STANLEY TAYLOR,      )    JURY TRIAL DEMANDED
WARDEN THOMAS CARROLL, DR.        )
TAMMY Y. KASTRE, LINDA HUNTER)
CORRECTIONAL MEDICAL SYSTEMS,)
S/LT. ALISHA PROFACI, LT.         )
PETER FORBES,                     )
                                  )
            Defendants.           )

## PLAINTIFF'S RESPONSE TO STATE DEFENDANTS INTERROGATORIES

    1)    With respect to each and every claim in your Complaint:

        (a) Identify all facts that refute, relate to, or

        supprot your contention;

        (b)   Identify the specific behavior or conduct that you

        allege that each Defendant engaged in;

        (c)   Identify all person with knowledge of such con-

tentions of facts;

        (d)   Identify all documents that reflect refer to or

relate to such contention or facts.

**RESPONSE:**

        (a)   Don't understand nature of questing, as outlined

confusing.

        (b)   Deliberate indifference to serious medical needs.

        (c)   Each of the defendants.

        (d)   Documents submitted with complaint.

    2)   Identify all documents which you intend to offer into

evidence at the trial in this matter.

**RESPONSE:** All medical records, legal documents, and all material filed by defendants.

3) Identify all persons having knowledge of the allegations in the complaint or answer, indicating those whom you intend to call as witnesses at trial.

**RESPONSE:** Each of the defendants, and Dr. Rogers who provided medical services to Multi Housing Unit (MHU).

4) Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial.

**RESPONSE:** Medical records, from institution and any medical records of specialist plaintiff seen outside facility.

5) Identify each expert you expect to call to testify as a witness at trial and state for each such expert, (i) the qualification of the expert, (ii) the subject matter on which the expert is expected to testify, (iii) the substance of the facts and opinions to which the expert is expected to testify d (iv) the summary of the grounds for such opinion.

**RESPONSE:** Expert in the HIV/AIDS , same yet to be located, in process of attempting secure same.

6) State the folloiwing about yourself:

a. Full name, and any other names you have gone by or used.

b. Social Security Number

c. Date of birth, and any other date of birth you may have used or given.

d. Place of birth

e. Highest level of formal education that you successfully completed.

**RESPONSE:**   a.   Aaron Keith Carter

        b.

        c.

        d.   Wilmington, Delaware

        e.   11th Grade

7)   Identify all of your criminal convictions in the psdy 15 years, including the court, jurisdiction, date of convictions, date of sentencing, and the terms of the sentence.

**RESPONSE:**   Cannot remember all the aforemention, same can be secured from the Office of the Attorney General Criminal Division.

8)   Identify all employment have had in the past 15 years, including the name and address of each employer, name of supervisor, date of employment, rate of pay, job title nad responsibilities, and reason for termination.

**RESPONSE:**   Texaco, Market St., and Lea Blvd., Wilm, DE.   Employed around 1995, cannot remember names of supervisor or rates of pay. Duties included serving as cashier, stock inventory, assist customers in other areas.

9)   Identify all physicians you have seen or been treated by in hte past 10 years, including name, office address, telephone number, dates of examination or treatment, and the medical or dental problem involved, if any.

**RESPONSE:**   Dr. anthony Alfierz, Cardologist.   Tumor of the right side of face, other information can obtain from Medical Dept. at Delaware Correctional Center.

10)   Identify in detail the precise injuries or harms you allege were sustained as a result of the allegations in the Complaint.

**RESPONSE:** Will be determined by medical expert attempting to secure and testimony of medical defendants involved in case.

11) Identify and describe all accidents, injuries and ailments you have had in the past 15 years, including the history of any mental illness.

**RESPONSE:**    The aforemention can be determined by medical records at Delaware Correctional Center, which plaintiff don't have copy.

12) Describe any medical treatment you received as a result of the allegations in the Complaint, specifically addressing:

a. whether you requested any medical treatment at any DOC facility which you believe in any wayy resulted from the allegations in your complaint; and

b. the date and method used for any request listed in subparagraph a. of this interrogatory.

**RESPONSE:** The questions are unclear to the plaintiff.

13) State whether you filed a complaint of grievance at the correctional institution or with the Department of Corrections about the subject matter of each and every claim in your Complaint.  If so, when were they filed, with whom were they filed, and what was the response?  If not, why not?

**RESPONSE:**    Numerious grievance filed by placing in grievance box, many heard, some ignored and some never advised disposition.

14) State the total amount of compensatory damages you are claiming and the computation used to arrive at the sum.

**RESPONSE:**    Not seeking compensatory damages, seeking punitive damages in amount of $50,000.

15) Either prior to or subsequent to the alleged incident(s) referred to in your Complaint, have you ever suffered any injuried illness or diseases in those portions of the body claimed by you to have been affected as alleded in the Complaint? If so, state:

(a)  A description of the injuries or diseases you suffered, inlcuding the date and place of occurrence;

(b)  The names and addresses of all hospitals, doctors, or practioners who rendered treatment or examination because of any such injuries or diseases;

**RESPONSES:**  Cannot remember any.

16) Have you, or anyone acting on your behalf, obtained from any person statement, declaration, petition, or affidavit concerning this action or its subject matter? If so, state:

(a)  The name and last known address of each such person; and

(b).  When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.

**RESPONSE:**  No.

AARON K. CARTER,179415
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dated:  April 24, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention was furnsihed Stacey Xarhoulakos, Deputy Attorney General, Departmnet of Justice, Carvel State Office Building, 820 N. French St., Wilm, De 19801.

By U.S. Mail this 24th day of April 2008 with sufficient postage affixed thereto.

AARON K. CARTER, 179415

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AARON K. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-561-SLR |
| | ) | |
| COMMISSIONER STANLEY TAYLOR, | ) | JURY TRIAL DEMANDED |
| WARDEN THOMAS CARROLL, DR. | ) | |
| TAMMY Y. KASTRE, LINDA HUNTER, | ) | |
| CORRECTIONAL MEDICAL SYSTEMS | ) | |
| S/LT. ALISHA PROFACI, LT. PETER | ) | |
| FORBES, | ) | |
| Defendants. | ) | |

VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Plaintiff's Answers to

Defendants' First Set of Interrogatories are true and correct.

Aaron Carter

USA FIRST-CLASS

USA FIRST-CLASS

U.S.™
FDCA.

I/M *Arron L. Carter*
SBI# *179415* UNIT *D-Bldg/08*
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*OFFICE OF THE CLERK.*
*UNITED STATES DISTRICT COURT*
*844 N. King St. Lockbox 18*
*Wilmington, DE*
*19801*

1980133519 CO12