IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON K. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-561-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 28th day of May, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 37 or, in the alternative, motion for summary judgment is **granted**. (D.I. 55)

2. Amended motion of defendant, Correctional Medical Services, Inc., to dismiss plaintiff's complaint or, in the alternative, motion for summary judgment is **granted**. (D.I. 56)

3. Dr. Tammy Y. Kastre and Commissioner Stanley Taylor remain as defendants.

4. At the close of the case, the clerk of the court is directed to enter judgment in favor of defendants Warden Thomas Carroll, Staff Lt. Alisa Profaci, Lt. Peter Forbes, and Correctional Medical Services, Inc. and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE