**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY**<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE  19801<br>Criminal Division<br>(302) 577-8500<br>Fax: (302) 577-2496<br>Civil Division (302) 577-8400<br>Fax: (302) 577-6630<br>TTY: (302) 577-5783 | **KENT COUNTY**<br>102 West Water Street<br>Dover, DE 19904<br>Criminal Division (302) 739-4211<br>Fax: (302) 739-6727<br>Civil Division (302) 739-7641<br>Fax: (302) 739-7652<br>TTY: (302) 739-1545 | **SUSSEX COUNTY**<br>114 E. Market Street<br>Georgetown, DE  19947<br>(302) 856-5353<br>Fax: (302) 856-5369<br>TTY: (302) 856-2500 |

**PLEASE REPLY TO:** New Castle County – Civil Division

June 25, 2008

The Honorable Sue L. Robinson
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

    Re:    *Carter v. Taylor, et al.*
             **C.A. No. 06-561 (SLR)**

Dear Judge Robinson:

Your Honor entered summary judgment in favor of the moving defendants in the above-captioned case on June 2, 2008.  (D.I. 72).  The Order noted that Stanley Taylor and Tammy Kastre remain as defendants.

Stanley Taylor has not been served in this action.  The Court issued an Order to Show Cause on April 18, 2008 requiring Plaintiff to show cause why Stan Taylor should not be dismissed for failure to serve process as required by Fed. R. Civ. Proc. 4(m).  (D.I. 68).  Plaintiff was ordered to respond by May 19, 2008.

To date, the plaintiff has not responded to the Order to Show Cause and has not served Stanley Taylor.  Undersigned counsel respectfully requests that the matter be dismissed against Stanley Taylor for failure to serve process.

I remain available to the Court should anything further be required.

Respectfully submitted,

/s/ *Stacey X. Stewart*

Deputy Attorney General

cc:    Aaron K. Carter (first class mail)
        Kevin J. Connors, Esq. (e-file)